# EXHIBIT A

**Chronology of Events (2014–2024)**
Wealthy Max Limited v. United States Mint

**Description:**
Chronological summary of key events relating to Plaintiff's participation in the United States Mint's Mutilated Coin Redemption Program, including the 2014–2015 shipment seizures, the 2016 settlement and special melt, the 2018 reopening of the program, the 2019 internal suspension of processing, the warehouse storage crisis, and the program's permanent closure in 2024.

**Purpose:**
To provide the Court with a consolidated timeline of the relevant events underlying Plaintiff's Administrative Procedure Act and related claims.

**2014**

**June 26, 2014**
First major Wealthy Max ("WM") shipment of one-ton crates arrives and is processed and melted under the then-existing Mutilated Coin Redemption Program. Payment for the processed coins was later seized by U.S. Customs and Border Protection (CBP) in September 2014 as part of a counterfeiting investigation.

**October 16, 2014**
Second major WM shipment arrives in the United States and is detained/seized by CBP.

**2015**

**March 25, 2015**
Third major WM shipment arrives and is seized by CBP.

**March 2015**
The United States Department of Justice files a civil forfeiture complaint relating to seized WM mutilated coins.

**November 2, 2015**
The United States Mint publicly suspends the Mutilated Coin Redemption Program. See 80 Fed. Reg. 65875 (Nov. 2, 2015).

**2016**

**July 21, 2016**
The civil forfeiture action is dismissed with prejudice pursuant to a settlement agreement between WM and the United States Attorney's Office. The settlement expressly authorizes a one-time "special melt" of previously seized coins.

**2017**

**June 18–29, 2017**
Sample coins are released from CBP custody. Mint official Sheila Barnett coordinates a "Special Melt Date" with PMX and requests load documentation.

**July 19, 2017**
The settlement-authorized "Special Melt" is executed at PMX.
Eighteen one-ton crates are delivered and melted.


**2018**

**January 23, 2018**
The United States Mint announces that the Mutilated Coin Redemption Program will resume with additional safeguards. Applicants are instructed to reapply and applications will be processed in the order received.

**February 1, 2018**
WM submits a complete application to the resumed program (estimated annual processing volume: 85 metric tons; approximately 15 metric tons immediately available).

**May 21, 2018**
Mint official Timothy Grimsby sends correspondence rejecting any settlement-based pre-qualification and requesting additional documentation, including:

- U.S.-based banking information
- Identification of overseas suppliers
- Supplier contact information
- Shipment weight data
- Transaction frequency and intermediary information

**January–August 2018**
Following the program's January resumption, the Mint begins accepting applications and processing shipments under the revised procedures.

**August 2018**

Processing activity effectively halts. Subsequent Mint correspondence later references this period as the point at which processing stopped.

## 2018–2019 CBP DETENTION EVENTS

**December 19, 2018**

CBP Officer Christopher Griffith contacts Treasury Office of Inspector General official Christopher Hersey seeking a PMX point of contact regarding the WM shipment remaining in CBP custody.

**January 29, 2019**

Twenty containers associated with WM shipments are detained again by CBP.

Counsel for WM contacts Mint official Sheila Barnett offering:

- sampling access
- warehouse inspection
- documentation assistance

At this point WM inventory associated with the shipments totals approximately 53 crates.

Mint official Apryl Whitaker later assists in facilitating release of the detained shipment.

## 2019 APPLICATION PROCESS

**March 12–13, 2019**

Counsel submits a finalized application and offers technical assistance including:

- a high-resolution photographic database of known genuine coins
- sampling protocols
- use of 53 metric tons of coins as potential control samples

Apryl Whitaker acknowledges receipt but states that applications are processed in the order received.

**April 24, 2019**
Internal Mint communications reflect a suspension of application processing and material intake. This suspension was not publicly announced at that time.

**June 10, 2019**
Mint official David Croft sends correspondence confirming that program operations are paused pending additional safeguards.

## 2021–2022 STORAGE CRISIS

**November 2021 – April 30, 2022**

Crates containing approximately 53 metric tons of mutilated coins are stored at the ETI warehouse. During this period:

- storage fees exceed **$216,840**
- the warehouse requires removal of the crates by April 30, 2022
- the crates begin to deteriorate physically

**March 9–24, 2022**

Counsel contacts Mint officials John Schorn and Apryl Whitaker seeking potential program alternatives or resolution options.
Whitaker confirms that the program remains suspended.

## RULEMAKING CLOSURE OF THE PROGRAM

**May 5, 2021**

The Mint publishes a Notice of Proposed Rulemaking concerning changes to the Mutilated Coin Redemption Program.

**September 25, 2024**

The Mint issues a final rule permanently closing the program.

See 89 Fed. Reg. 78015 (Sept. 25, 2024).
Effective date: October 25, 2024.

**Summary Timeline of Government Actions Affecting Plaintiff**

The sequence of events described above includes:

- seizures of WM shipments in 2014–2015
- settlement and limited processing in 2017
- resumption of the program in 2018 with new application requirements
- suspension of processing activities in 2019
- continued storage and deterioration of WM material
- permanent closure of the program through rulemaking in 2024.

These events form the factual basis for the claims asserted in the Complaint.