# EXHIBIT C

**Order Dismissing Forfeiture Complaint With Prejudice (July 21, 2016)**

**Description:**

Order of the United States District Court dismissing the civil forfeiture complaint against Plaintiff's seized mutilated coin shipments with prejudice pursuant to the parties' settlement.

**Purpose:**

To establish the final resolution of the forfeiture proceedings and the government's agreement permitting the special melt of previously seized coin shipments.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-5814 |
| | : | |
| ONE 2014 BLACK PORSCHE | : | |
| CAYMAN COUPE BEARING VEHICLE | : | |
| IDENTIFICATION NUMBER (VIN) | : | |
| WP0AB2A85EK191487, et al. | : | |

## ORDER

**AND NOW, TO WIT:** This 21st day of July, 2016, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.