# EXHIBIT H

**Delivery Orders & Proof of Delivery (2014 Shipments)**

**Description:**

Delivery orders, freight documentation, and proof-of-delivery records relating to Plaintiff's shipments of mutilated coin material delivered in 2014.

**Purpose:**

To document the shipment and receipt of coin material underlying Plaintiff's claims.

**From:** Matthew [mailto:matthew@gsmart.com.hk]
**Sent:** Wednesday, July 30, 2014 1:36 AM
**To:** Louisa Yu
**Subject:** Re: PMX MELT

Hi Louisa,

Regarding to delivery on June 26, can you please arrange to send us the PODs for record purpose?

Kind regards,

Matthew Wong
Wealthy Max Limited

WM-000011

---

matthew
_____

寄件者:  Louisa Yu
寄件日期: 2014年7月31日星期四 1:08
收件者:  matthew
主旨:    RE: PMX MELT

**Hi Matthew,**

**Hope All is Well**

**Please see attached three pages POD**
**the WM021 is a very dark page hope it's okay with you**

**please let us know**


Thank you,


Louisa Yu
**E.T.I. International Inc.**
831 Mitten Road, Suite 204
Burlingame, CA 94010
Phone? 650-697 8238
Fax??????? 650-697 8233
louisa.yu@etiintl.com

WM-000012

E.T.I. INTERNATIONAL INC. (SFO)
831 MITTEN ROAD, SUITE 204
BURLINGAME, CA 94010
TEL : 650-697-8238 FAX : 650-697-8233

| DATE | OUR REF. NO. |
|---|---|
| 03/28/2014 | SOH094HKGLGB |

THE MERCHANDISE DESCRIBED BELOW
WILL BE ENTERED AND/OR FORWARDED
AS FOLLOWS:

*Date in ⁴/8/14*

# DELIVERY ORDER

| CARRIER | | LOCATION | ORIGIN/DESTINATION PORT |
|---|---|---|---|
| | | KBL GROUP, 9142 NORWALK BLVD SANTA FE SPRINGS, CA90670 | HONG KONG, HONG KONG |

| B/L OR AWB NO. | ARR./DEPT. DATE | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) |
|---|---|---|---|
| MSCUV8947029 | 03/28/2014 | | |

| CONTAINER NO. | HOUSE NO. | ENTRY-B/L NO. | CUST.REF.NO. |
|---|---|---|---|
| CRXU4086696 / 40'GP / FEU2997243 / 18PKGS | ETITSPCEXPT3093040 | | |

**FOR DELIVERY TO** | | | **ROUTE**

UNITED STATES MINT
C/O PMX
5300 WILLOW CREEK DRIVE S.W.
CEDAR RAPIDS, IA 52404

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 18 CTNS 40'GP x 1 | SCRAP METALS - MUTILATED U.S. COINS | 18742.00 KGS 41318.61 LBS | |
| | *** DELIVERY APPOINTMENT: THURSDAY JUNE/26/2014 STARTS AT 8AM FIRST COME FIRST SERVED | | |

ORIGINAL DELIVERY ORDER

| INLAND FREIGHT ☒ | PREPAID / COLLECT PREPAID | Received in Good Order By : |
|---|---|---|

PER: Louisa

WM018

*Rec by Pmx*
*18 - Items*
*6-26-14*
*Keith A Kiosd*

*Time out 2:38*

DELIVERY CLERK: DELIVER
TO CARRIER SHOWN ABOVE

*TRI# R6314*
*SEAL# 06881*

*6/23/14* Certified Copy - TripPak

WM-000013

NOV 26/2014 4:04 PM FAX

E.T.I. INTERNATIONAL INC. (SFO)
831 MITTEN ROAD, SUITE 204
BURLINGAME, CA 94010
TEL : 650-697-8238 FAX : 650-697-8233

| DATE | OUR REF NO. |
|---|---|
| JUNE 13, 2014 | SOI1074HKGLGB |

THE MERCHANDISE DESCRIBED BELOW
WILL BE ENTERED AND/OR FORWARDED
AS FOLLOWS:

Date in 2/6/14    **DELIVERY ORDER**

| CARRIER | | LOCATION | | ORIGIN/DESTINATION PORT |
|---|---|---|---|---|
| | | KEI GROUP, 9142 NORWALK BLVD SANTA FE SPRINGS, CA 90670  DOCK# 7 | | HONG KONG, HONG KONG |

| B/L OR AWB NO. | ARR./DEPT. DATE | FREE TIME EXP. | | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) | |
|---|---|---|---|---|---|
| MSCUV8946617 | 01/29/2014 | | CY/CY | | |

| CONTAINER NO. | | HOUSE NO. | | ENTRY-B/L NO. | CUST REF NO. |
|---|---|---|---|---|---|
| MEDU4177785 / 40'GP / 18PKGS | | ETITSPCEXP13093028 | | | |

| FOR DELIVERY TO | ROUTE |
|---|---|
| UNITED STATES MINT C/O PMX 5300 WILLOW CREEK DRIVE S.W. CEDAR RAPIDS, IA 52404 | |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 18 CTNS | SCRAP METALS - MUTILATED U.S. COINS | 19001.00 KGS 41889.60 LBS | |
| | *** DELIVERY APPOINTMENT: THURSDAY JUNE/26/2014 STARTS 8AM  FIRST COME FIRST SERVED *** | | |

ORIGINAL DELIVERY ORDER

| INLAND FREIGHT ■ | PREPAID / COLLECT PREPAID | Received In Good Order By : |
|---|---|---|

PER    Louisa

WM016

pmx  In D,
6-28-14
Tey WI
TERRY WEBSTER

TRL #126
SEAL #06883

DELIVERY CLERK: DELIVER
TO CARRIER SHOWN ABOVE

**Certified Copy**

WM-000014



414_3

WM-000015

matthew

| | |
|---|---|
| 寄件者: | Whitlock, Catherine |
| 寄件日期: | 2014年8月7日星期四 18:22 |
| 收件者: | matthew |
| 主旨: | RE: PMX June 26 MELT |

Good Morning Matthew

You should be hearing something soon.

Thank You
Cathy

**From:** Matthew [mailto:matthew@gsmart.com.hk]
**Sent:** Thursday, August 07, 2014 4:06 AM
**To:** Whitlock, Catherine
**Subject:** Re: PMX June 26 MELT

Good morning Cathy,

How are you? We refer to the June 26 delivery and would like to know if the delivery has been processed. It appears that we have not received any payment up to now .

Kind regards,

Matthew Wong
Wealthy Max Limited

Tel: (852) 2744 6836

5/9/2015

WM-000016