# EXHIBIT I

**Shipment Documentation – WM029/USD022 (2014)**

**Description:**

Commercial invoices, packing lists, inspection reports, marine cargo insurance documentation, and related shipment records reflecting mutilated U.S. coin material consigned to PMX.

**Purpose:**

To document the commercial legitimacy, declared value, and physical shipment of coin material underlying Plaintiff's claims.

matthew

寄件者: Louisa Yu
寄件日期: 2014年10月15日星期三 6:12
收件者: matthew; 'Karmen Pow'; 'Benny Chong'
副本: kevin.yip@etiintl.com
主旨: container No. TRIU4999560 Detention notice

**Hi Matthew,**

**There is a problem with container No. TRIU4999560**
**Wealthy Max invoice No. WM029/USD022**
**Hbl# ETITSPCEXP13093090  arrived Long Beach Sep/20**

**Please receive attached Detention Notice, you will see in no. (17) reason for detention**
**the Customs inspector wrote down 忦ossible admissibility issues□**
**The 18 wooden cases now on hold at Customs examination warehouse at Long Beach**

**Believe Customs need more information on the imports of the large quantity of mutilated U.S. coins.**
**Could you prepare a letter on Wealthy Max letter headed paper to explain the purpose of**
**export to the U.S. Mint and the business relation between U.S. Mint and Wealthy Max.**

**It would also help if you also describe 1) what is the business Wealthy Max is involved;**
**Is Wealthy Max a coin dealer?**
**2) where are these large quantities of mutilated coins coming from**
**3) and if possible briefly how did Wealthy Max establish business with the U.S. Mint**

**Please let us know your comments**

Thank you,

Louisa Yu
**E.T.I. International Inc.**

31/8/2015

WM-002738

831 Mitten Road, Suite 204
Burlingame, CA 94010
Phone  650-697 8238
Fax      650-697 8233
louisa.yu@etiintl.com

31/8/2015

WM-002739

matthew

| | |
|---|---|
| 寄件者: | Louisa Yu |
| 寄件日期: | 2014年9月26日星期五 5:49 |
| 收件者: | matthew; 'Karmen Pow'; 'Benny' |
| 副本: | 'Kevin Yip' |
| 主旨: | WM029/USD022 - intensive exam required |

**Hi Matthew,**

**The next container No. TRIU4999560  - WM029/USD022
Hbl# ETITSPCEXP13093090 arrived Long Beach on Sep/19**

**U.S. Customs put a hold on the container and will require intensive examination physically open up the container at their exam warehouse**

**Container still at Long Beach terminal awaiting initial exam; will be transferred to Customs exam warehouse Friday Sep/26 or Monday Sep/29**

**Will give you an update next week on the exam process**

**By the way, did you heard from Cathy is there any delivery schedule in October?**

Thank you,

Louisa Yu
**E.T.I. International Inc.**
831 Mitten Road, Suite 204
Burlingame, CA 94010
Phone  650-697 8238
Fax       650-697 8233
louisa.yu@etiintl.com

31/8/2015

WM-002740

matthew

| | |
|---|---|
| 寄件者: | Louisa Yu |
| 寄件日期: | 2014年9月11日星期四 6:10 |
| 收件者: | matthew; 'Karmen Pow'; bennychong@primecargo.com.hk |
| 副本: | 'Kevin Yip' |
| 主旨: | Container No. TGHU4858607 - Wealthy Max Inv#WM028/USD021 departed Hong Kong Aug/15 |

**Hi Matthew,**

**Please note the container No. TGHU4858607 ☐ Wealthy Max Invoice No. WM028/USD021**
**Hbl# ETITSPCEXP13093087 arrived Long Beach and Customs cleared on Aug/30**
**Container arrived to our LAX warehouse on Sep/9**

**And that the one wooden case to U.S. Mint Philadelphia still not released by Customs**
**We are following up with Customs why the entry still not processed ☐ will update you on Friday**


Thank you,


Louisa Yu
**E.T.I. International Inc.**
831 Mitten Road, Suite 204
Burlingame, CA 94010
Phone  650-697 8238
Fax       650-697 8233
louisa.yu@etiintl.com


31/8/2015

WM-002741

matthew

| | |
|---|---|
| 寄件者: | Louisa Yu |
| 寄件日期: | 2014年8月12日星期二 1:00 |
| 收件者: | matthew |
| 副本: | 'Karmen Pow'; bennychong@primecargo.com.hk; 'Kevin Yip' |
| 主旨: | WM024 and WM028 |

**Hi Matthew,**

**Just an update**

(WM024/USD018)

**WM024  hbl# ETITSPCEXP13093076 arrived, Customs cleared and in our LAX warehouse since July/21**

(WM026/USD020)

**WM028  hbl# ETITSPCEXP13093080 also arrived, Customs cleared and in our LAX warehouse on Friday Aug/8**

**The next container going to leave Hong Kong Aug/13, arriving LAX port end of the month Aug/27**

**And on the one wooden case to Philadelphia, shipment arrived New York port now awaiting Customs**
**Delivery most likely some time next week.  Will let you know**

**Thank you,**

Louisa Yu
**E.T.I. International Inc.**
831 Mitten Road, Suite 204
Burlingame, CA 94010
Phone  650-697 8238
Fax      650-697 8233
louisa.yu@etiintl.com

31/8/2015

WM-002742

CARGO RECEIPT

**Prime Cargo**

| Prime Cargo (H.K.) Limited |
| --- |
| Unit 608, 6/F, |
| Nam Fung Commercial Centre, |
| 19 Lam Lok Street, Kowloon Bay, |
| Kowloon, Hong Kong |
| Tel : (852) 2756-6800 |
| Fax : (852) 2756-6396 |
| E-mail : info@primecargo.com.hk |

SHIPPER: WEALTHY MAX LTD
ROOM 1808-9, CLIFFORD CENTRE, 778-784
CHEUNG SHA WAN ROAD, KOWLOON

CONSIGNEE: UNITED STATES MINT
151 INDEPENDENCE MALL EAST
PHILADELPHIA, PA19106-1886 U.S.A.
MISS CATHY WHITLOCK (TEL:215-408-0203)

REF:ETITSPCEXP13093090

NOTIFY PARTY:
SAME AS CONSIGNEE

VESSEL: CMA CGM CENTAURUS V.TXB01E
PORT OF LOADING: HONG KONG
PORT OF DISCHARGE: LONG BEACH
PLACE OF DELIVERY: CEDAR RAPIDS,IOWA

MARKS & NOS.      NO. OF PACKAGES AND DESCRIPTION OF GOODS

G S

1-18          STC 18 WOODEN CASE(S)      18702.00KGS 11.360CBM

SCRAP METALS (MUTILATED U.S.COINS)
HS CODE: 7112.99.0000
THIS SHIPMENT CONTAIN FUMIGATION WOOD
PACKING MATERIAL

TOTAL: EIGHTEEN (18)) WOODEN CASE(S) ONLY
FREIGHT PREPAID (LCL/FCL)
TRIU4999560 / FEJ 1342324/40'

CARGO RECEIPT DATE: Aug 21,2014

DELIVERY AGENT:
E.T.I INTERNATIONAL INC
831 MITTEN ROAD #204
BURLINGAME CA94010, TEL:650-697 8238

and on behalf of
PRIME CARGO (H.K.) LIMITED
航運佳 (香港) 有限公司
Authorized Signature

航運佳 (香港) 有限公司
九龍灣臨樂街19號南豐商業中心6樓608室

WM-002743

# Marine Cargo Insurance Policy

Policy No.
ZMM0049090ZC (BRO)

**ORIGINAL**

The Insurers
ZURICH INSURANCE COMPANY LTD
(a company incorporated in Switzerland)

The Insured
WEALTHY MAX LTD

THE POLICY IS ISSUED IN DUPLICATE
ONE BEING ACCOMPLISHED THE OTHER(S)
TO BE VOID

| Vessel / Aircraft / Truck | From | Sailing / Departure on or about |
|---|---|---|
| CMA CGM CENTAURUS V.TXB01E | HONG KONG | 03/09/2014 |

| To | Final destination if on carriage | Amount Insured / Valued At |
|---|---|---|
| LONG BEACH | CEDAR RAPIDS, IOWA | USD******873,030.51 |

| Marks & Numbers | Subject Matter Insured |
|---|---|

Subject otherwise to the terms,
conditions and exceptions of
Open Cover No. MOCZC0721

G S
1-18

18 WOODEN CASE(S) 18,702.00KGS 11.36CBM
SCRAP METALS
(MUTILATED U.S. COINS)
HS CODE : 7112.99.0000

TOTAL : EIGHTEEN (18) WOODEN CASES ONLY

In the event of loss or damage for which the Insurers may be liable under this policy immediate notice must be given to

EWIG INT'L MARINE CORP.
10600 WEST HIGGINS ROAD,
SUITE 208, ROSEMONT,
IL 60018, CHICAGO, USA
TEL : 1 847 827 1455
FAX : 1 847 827 2129
CHI.OFFICE@EIMC.COM

Claims if any payable at
CHICAGO, USA

By      EWIG INT'L MARINE CORP.
10600 WEST HIGGINS ROAD,
SUITE 208, ROSEMONT,
IL 60018, CHICAGO, USA
TEL : 1 847 827 1455
FAX : 1 847 827 2129
CHI.OFFICE@EIMC.COM

and settlement thereof shall be made in conformity with the laws and customs of Hong Kong

The clauses and conditions below and overleaf form part of this policy:

INSTITUTE CARGO CLAUSES (A) 01.01.82
INSTITUTE WAR CLAUSES (CARGO) 01.01.82
INSTITUTE STRIKES CLAUSES (CARGO) 01.01.82
INSTITUTE THEFT PILFERAGE AND NON-DELIVERY
CLAUSE 01.12.82
NOTWITHSTANDING ANYTHING CONTAINED HEREIN TO
THE CONTRARY THIS POLICY DOES NOT COVER
BREAKING BENDING DENTING CHIPPING CHAFING
MARRING SCRATCHING OR CRUSHING UNLESS DIRECTLY
CAUSED BY THE VESSEL BEING STRANDED SUNK
BURNT OR IN COLLISION.
NOTWITHSTANDING ANYTHING CONTAINED HEREIN TO
THE CONTRARY THIS POLICY DOES NOT COVER THE
RISKS OF RUSTING OXIDIZATION & DISCOLORATION.
CERTIFICATE OF RECEIPT REFERENCE:
ETITSPCEXP13093087

In witness whereof this policy has been signed on behalf of the Insurers

ZURICH INSURANCE COMPANY LTD

AUTHORISED SIGNATURE

Date:      01/09/2014 Hong Kong

In consideration of the payment to the Insurers named in the Policy by or on behalf of the Insured of the premium as arranged, we, the Insurers, hereby agree to insure against loss damage liability or expense as herein provided.
RP8152

H 000          L FFOR          0305309

L FFOR          0305309

WM-002744

WEALTHY MAX LTD
ROOM 1808-9 CLIFFORD CENTRE, 778-784
CHEUNG SHA WAN ROAD, KOWLOON

ETITSPCEXP13093090

UNITED STATES MINT
C/O PMX
5300 WILLOX CREEKS DRIVES S.W.
CEDARS RAPIDS,IOWA 52404,USA
MR.BRAD COOK(TEL:319 368 7700)

E.T.I. INTERNATIONAL INC
831 MITTEN ROAD. # 204
BURLINGAME CA94010    TEL 650-697 8238

CMA CGM CENTAURUS V.TXB01E        HONG KONG

LONG BEACH                        CEDAR RAPIDS,IOWA

G S                    SAID TO CONTAIN :
1-18                   18WOODEN CASE(S)                              18702.000KGS 11.36CBM
                       SCRAP METALS
                       (MUTILATED U.S. COINS)
                       HS CODE:7112.99.0000

                       THIS SHIPMENT CONTAIN FUMIGATION
                       WOOD PACKING MATERIAL

TOTAL: EIGHTEEN WOODEN CASE(S) ONLY          SHIPPED ON BOARD: SEP.03,2014
FREIGHT PREPAID (CFS/CY)

SEP.03,2014

WM-002745

# WEALTHY MAX LIMITED

Room 1808-9, Clifford Centre, 778-784 Cheung Sha Wan Road, Kowloon, Hong Kong

Tel: (852) 2744 6836                    Fax: (852) 2786 9732

20th August, 2014

Our ref. :        WM029/USD022

United States Mint

c/o  PMX

5300 Willow Creek Drives S.W.

Cedars Rapids, Iowa 52404

USA

# PACKING  LIST

| Serial no. with GS mark | Description | Gross weight / box Kilogram | Net weight / box Kilogram | Amount US$ |
|---|---|---|---|---|
| N/M | Scrap metal (mutilated US coins) | | | |
| 1 | USD 10 cents / 25 cents | 1,040.00 | 1,000.00 | 44,092.45 |
| 2 | USD 10 cents / 25 cents | 1,039.00 | 1,000.00 | 44,092.45 |
| 3 | USD 10 cents / 25 cents | 1,039.00 | 1,000.00 | 44,092.45 |
| 4 | USD 10 cents / 25 cents | 1,038.00 | 1,000.00 | 44,092.45 |
| 5 | USD 10 cents / 25 cents | 1,039.00 | 1,000.00 | 44,092.45 |
| 6 | USD 10 cents / 25 cents | 1,038.00 | 1,000.00 | 44,092.45 |
| 7 | USD 10 cents / 25 cents | 1,039.00 | 1,000.00 | 44,092.45 |
| 8 | USD 10 cents / 25 cents | 1,038.00 | 1,000.00 | 44,092.45 |
| 9 | USD 10 cents / 25 cents | 1,039.00 | 1,000.00 | 44,092.45 |
| 10 | USD 10 cents / 25 cents | 1,039.00 | 1,000.00 | 44,092.45 |
| 11 | USD 10 cents / 25 cents | 1,039.00 | 1,000.00 | 44,092.45 |
| 12 | USD 10 cents / 25 cents | 1,038.00 | 1,000.00 | 44,092.45 |
| 13 | USD 10 cents / 25 cents | 1,038.00 | 1,000.00 | 44,092.45 |
| 14 | USD 10 cents / 25 cents | 1,040.00 | 1,000.00 | 44,092.45 |
| 15 | USD 10 cents / 25 cents | 1,040.00 | 1,000.00 | 44,092.45 |
| 16 | USD 10 cents / 25 cents | 1,038.00 | 1,000.00 | 44,092.45 |
| 17 | USD 10 cents / 25 cents | 1,039.00 | 1,000.00 | 44,092.45 |
| 18 | USD 10 cents / 25 cents | 1,042.00 | 1,000.00 | 44,092.45 |
| | | 18,702.00 | 18,000.00 | 793,664.10 |

For and on behalf of
WEALTHY  MAX  LIMITED
殷　發　有　限　公　司

........................................
Authorized Signature(s)

TOTAL NO. OF PACKING:    **18 wooden boxes**

TOTAL GROSS WEIGHT:      **18,702  KG**

MEASUREMENT:             **11.13 M$^3$**

WM-002746

# WEALTHY MAX LIMITED

Room 1808-9, Clifford Centre, 778-784 Cheung Sha Wan Road, Kowloon, Hong Kong

Tel: (852) 2744 6836            Fax: (852) 2786 9732

20th August, 2014                              Invoice no.: WM029/USD022

PMX

5300 Willow Creek Drives S.W.

Cedars Rapids, Iowa 52404

USA

# CUSTOM   INVOICE

| Description | | Quantity Kg | CIF, Iowa, USA Amount USD |
|---|---|---|---|
| Mutilated U.S. coins | | | |
| Dimes-Quarters-Halves | 18,000.00 | 44.09245 | 793,664.10 |

TOTAL AMOUNT SAY UNITED STATES DOLLARS SEVEN HUNDRED NINETY THREE THOUSAND SIX HUNDRED SIXTY FOUR AND CENTS TEN ONLY

*For and on behalf of*
WEALTHY   MAX   LIMITED
啟   發   有   限   公   司

............................................
Authorized Signature(s)

WM-002747

# WEALTHY MAX LIMITED

Room 1808-9, Clifford Centre, 778-784 Cheung Sha Wan Road, Kowloon, Hong Kong

Tel: (852) 2744 6836          Fax: (852) 2786 9732

20th August, 2014

United States Mint

c/o PMX

5300 Willow Creek Drives S.W.

Cedars Rapids, Iowa 52404

USA

Our ref. :  WM029/USD022

# PACKING LIST

| Serial no. with GS mark | Description | Gross weight / box Kilogram | Net weight / box Kilogram |
|---|---|---|---|
| N/M | | | |
| 1 | Scrap metal (mutilated US coins) | 1,040.00 | 1,000.00 |
| 2 | Scrap metal (mutilated US coins) | 1,039.00 | 1,000.00 |
| 3 | Scrap metal (mutilated US coins) | 1,039.00 | 1,000.00 |
| 4 | Scrap metal (mutilated US coins) | 1,038.00 | 1,000.00 |
| 5 | Scrap metal (mutilated US coins) | 1,039.00 | 1,000.00 |
| 6 | Scrap metal (mutilated US coins) | 1,038.00 | 1,000.00 |
| 7 | Scrap metal (mutilated US coins) | 1,039.00 | 1,000.00 |
| 8 | Scrap metal (mutilated US coins) | 1,038.00 | 1,000.00 |
| 9 | Scrap metal (mutilated US coins) | 1,039.00 | 1,000.00 |
| 10 | Scrap metal (mutilated US coins) | 1,039.00 | 1,000.00 |
| 11 | Scrap metal (mutilated US coins) | 1,039.00 | 1,000.00 |
| 12 | Scrap metal (mutilated US coins) | 1,038.00 | 1,000.00 |
| 13 | Scrap metal (mutilated US coins) | 1,038.00 | 1,000.00 |
| 14 | Scrap metal (mutilated US coins) | 1,040.00 | 1,000.00 |
| 15 | Scrap metal (mutilated US coins) | 1,040.00 | 1,000.00 |
| 16 | Scrap metal (mutilated US coins) | 1,038.00 | 1,000.00 |
| 17 | Scrap metal (mutilated US coins) | 1,039.00 | 1,000.00 |
| 18 | Scrap metal (mutilated US coins) | 1,042.00 | 1,000.00 |
| | | 18,702.00 | 18,000.00 |

For and on behalf of
WEALTHY MAX LIMITED
殷　發　有　限　公　司

............................................
Authorized Signature(s)

TOTAL NO. OF PACKING:     **18 wooden boxes**

TOTAL GROSS WEIGHT:        **18,702  KG**

MEASUREMENT:                      **11.13 M$^3$**

WM-002748

# WEALTHY MAX LIMITED

Room 1808-9, Clifford Centre, 778-784 Cheung Sha Wan Road, Kowloon, Hong Kong

Tel: (852) 2744 6836                    Fax: (852) 2786 9732

20th August, 2014                                Our ref. :    WM029/USD022

United States Mint

c/o  PMX

5300 Willow Creek Drives S.W.

Cedars Rapids, Iowa 52404

USA

# CERTIFICATE OF WEIGHT

| Serial no. with GS mark | Description | Gross weight / box Kilogram | Net weight / box Kilogram |
|---|---|---|---|
| N/M | Scrap metal (mutilated US coins) | | |
| 1 | USD 10 cents / 25 cents | 1,040.00 | 1,000.00 |
| 2 | USD 10 cents / 25 cents | 1,039.00 | 1,000.00 |
| 3 | USD 10 cents / 25 cents | 1,039.00 | 1,000.00 |
| 4 | USD 10 cents / 25 cents | 1,038.00 | 1,000.00 |
| 5 | USD 10 cents / 25 cents | 1,039.00 | 1,000.00 |
| 6 | USD 10 cents / 25 cents | 1,038.00 | 1,000.00 |
| 7 | USD 10 cents / 25 cents | 1,039.00 | 1,000.00 |
| 8 | USD 10 cents / 25 cents | 1,038.00 | 1,000.00 |
| 9 | USD 10 cents / 25 cents | 1,039.00 | 1,000.00 |
| 10 | USD 10 cents / 25 cents | 1,039.00 | 1,000.00 |
| 11 | USD 10 cents / 25 cents | 1,039.00 | 1,000.00 |
| 12 | USD 10 cents / 25 cents | 1,038.00 | 1,000.00 |
| 13 | USD 10 cents / 25 cents | 1,038.00 | 1,000.00 |
| 14 | USD 10 cents / 25 cents | 1,040.00 | 1,000.00 |
| 15 | USD 10 cents / 25 cents | 1,040.00 | 1,000.00 |
| 16 | USD 10 cents / 25 cents | 1,038.00 | 1,000.00 |
| 17 | USD 10 cents / 25 cents | 1,039.00 | 1,000.00 |
| 18 | USD 10 cents / 25 cents | 1,042.00 | 1,000.00 |
| | | 18,702.00 | 18,000.00 |

This is to certify that the gross and net weight of the goods is 18,702.00 kgs and 18,000 kgs respectively.

*For and on behalf of*
WEALTHY  MAX  LIMITED
殷　發　有　限　公　司

............................................................................
Authorized Signature(s)

WM-002749

# WEALTHY MAX LIMITED

Room 1808-9 Clifford Centre, 778-784 Cheung Sha Wan Road, Kowloon, Hong Kong

Tel : (852) 2744 6836                 Fax : (852) 2786 9732

| | | |
|---|---|---|
| To | : | Miss. Anki Lam |
| | | SGS Hong Kong Ltd. |
| Your fax no. | : | 2362 1684 |
| Our fax no. | : | 2786 9732 |
| From | : | Matthew Wong |
| No. of page | : | 3        (including this covering page) |
| Date | : | 21st August, 2014 |

Please find enclosed the pre-inspection services request form duly completed together with the packing list of shipment to Iowa, USA.

We would advise that the goods have arrived the warehouse of the shipping company and the shipment will be arranged by the fourth week of August, 2014. Please arrange the inspection to be carried out at 11:00 a.m. on 23rd August, 2014. The inspection is to be carried out at the following warehouse:-

HIDC IV 511
Kwai Chung Container Terminal
N.T., Hong Kong
Tel: 2406 2088    (Robert)

Thanks and best regards

Matthew Wong

WM-002750

| To : SGS Hong Kong Ltd.,<br>8/F, Manhattan Centre, 8 Kwai Cheong Road,<br>Kwai Chung, N.T.,<br>Hong Kong, China<br><br>Contact : Anki Lam<br>Tel. : 27653631  (direct line)<br>Fax : 23621684<br>Email : anki.lam@sgs.com | From:                          Date: 21st August, 2014<br>WEALTHY MAX LIMITED<br>Rm 1808-9 Clifford Ctr., 778-784<br>Cheung Sha Wan Road, Kowloon<br>Hong Kong<br><br>Contact: Matthew Wong<br>Tel :      2744 6836 / 9025 5845<br>Fax :     2786 9732<br>e-mail:    matthew@gsmart.com.hk |

Product / consignment  to be covered by SGS services

Product:  Mutilated U.S. Coins                    Quantity:   18,000 KGS  N.W.

Service location:  HIDC IV 511                    Expected service period:  23rd August, 2014

Supplier :_____          Address / contact_____

Manufacturer :_____          Address / contact_____

P.O./Contract no/ date: _____ _____    Total value:  USD 793,664.10

Shipment date (s) :  Fourth week of August, 2014    Number of partial shipments: -

SGS Services requested                         Applicable Inspection / Testing methods
o Factory Assessment
o Pre-Production Check (PPC)                    ANSI/ ASQC Z1.4-1993: Single sampling plans for normal Inspection

o Initial Production Check (IPC)                 Requested AQLs: critical _____/major ___/minor_____

o During Production Check (DUPRO)               Data measurement / field test on sub-samples:_____

o Final Random Pre-shipment Inspection (FRI)    ☒ other inspection method:  Quantity check only on pre-

o Loading Supervision                                              Shipment checking

o Laboratory Testing :                           Applicable test standards / methods

o Other Services requested :
o Special Reporting instructions:

Service fees paid by : _____

Documents enclosed :

o Purchase Order                               o Quality Requirements
o Letter  of Credit                            o Inspection Reference Sample
o Product Specifications                        o Test Sample-s
o Other Documents: Packing list                 o Other Documents: Packing List

Signature : _____

WM-002751

# WEALTHY MAX LIMITED

Room 1808-9, Clifford Centre, 778-784 Cheung Sha Wan Road, Kowloon, Hong Kong

Tel: (852) 2744 6836                Fax: (852) 2786 9732

20th August, 2014                              Our ref. :  WM029/USD022

United States Mint

c/o  PMX

5300 Willow Creek Drives S.W.

Cedars Rapids, Iowa 52404

USA

# PACKING  LIST

| Serial no. with GS mark | Description | Gross weight / box Kilogram | Net weight / box Kilogram |
|---|---|---|---|
| N/M | | | |
| 1 | Scrap metal (mutilated US coins) | 1,040.00 | 1,000.00 |
| 2 | Scrap metal (mutilated US coins) | 1,039.00 | 1,000.00 |
| 3 | Scrap metal (mutilated US coins) | 1,039.00 | 1,000.00 |
| 4 | Scrap metal (mutilated US coins) | 1,038.00 | 1,000.00 |
| 5 | Scrap metal (mutilated US coins) | 1,039.00 | 1,000.00 |
| 6 | Scrap metal (mutilated US coins) | 1,038.00 | 1,000.00 |
| 7 | Scrap metal (mutilated US coins) | 1,039.00 | 1,000.00 |
| 8 | Scrap metal (mutilated US coins) | 1,038.00 | 1,000.00 |
| 9 | Scrap metal (mutilated US coins) | 1,039.00 | 1,000.00 |
| 10 | Scrap metal (mutilated US coins) | 1,039.00 | 1,000.00 |
| 11 | Scrap metal (mutilated US coins) | 1,039.00 | 1,000.00 |
| 12 | Scrap metal (mutilated US coins) | 1,038.00 | 1,000.00 |
| 13 | Scrap metal (mutilated US coins) | 1,038.00 | 1,000.00 |
| 14 | Scrap metal (mutilated US coins) | 1,040.00 | 1,000.00 |
| 15 | Scrap metal (mutilated US coins) | 1,040.00 | 1,000.00 |
| 16 | Scrap metal (mutilated US coins) | 1,038.00 | 1,000.00 |
| 17 | Scrap metal (mutilated US coins) | 1,039.00 | 1,000.00 |
| 18 | Scrap metal (mutilated US coins) | 1,042.00 | 1,000.00 |
| | | 18,702.00 | 18,000.00 |

*For and on behalf of*
WEALTHY  MAX  LIMITED
股    發    有    限    公    司

...................................................
Authorized Signature(s)

**TOTAL NO. OF PACKING:**   **18 wooden boxes**

**TOTAL GROSS WEIGHT:**    **18,702  KG**

**MEASUREMENT:**             **11.13 M$^3$**

WM-002752

# WEALTHY MAX LIMITED

Room 1808-9, Clifford Centre, 778-784 Cheung Sha Wan Road, Kowloon, Hong Kong

Tel: (852) 2744 6836                      Fax: (852) 2786 9732

20th August, 2014                                      Our ref. :    WM029/USD022

United States Mint

c/o  PMX

5300 Willow Creek Drives S.W.

Cedars Rapids, Iowa 52404

USA

# CERTIFICATE OF WEIGHT

| Serial no. with GS mark | Description | Gross weight / box Kilogram | Net weight / box Kilogram |
|---|---|---|---|
| N/M | Scrap metal (mutilated US coins) | | |
| 1 | USD 10 cents / 25 cents | 1,040.00 | 1,000.00 |
| 2 | USD 10 cents / 25 cents | 1,039.00 | 1,000.00 |
| 3 | USD 10 cents / 25 cents | 1,039.00 | 1,000.00 |
| 4 | USD 10 cents / 25 cents | 1,038.00 | 1,000.00 |
| 5 | USD 10 cents / 25 cents | 1,039.00 | 1,000.00 |
| 6 | USD 10 cents / 25 cents | 1,038.00 | 1,000.00 |
| 7 | USD 10 cents / 25 cents | 1,039.00 | 1,000.00 |
| 8 | USD 10 cents / 25 cents | 1,038.00 | 1,000.00 |
| 9 | USD 10 cents / 25 cents | 1,039.00 | 1,000.00 |
| 10 | USD 10 cents / 25 cents | 1,039.00 | 1,000.00 |
| 11 | USD 10 cents / 25 cents | 1,039.00 | 1,000.00 |
| 12 | USD 10 cents / 25 cents | 1,038.00 | 1,000.00 |
| 13 | USD 10 cents / 25 cents | 1,038.00 | 1,000.00 |
| 14 | USD 10 cents / 25 cents | 1,040.00 | 1,000.00 |
| 15 | USD 10 cents / 25 cents | 1,040.00 | 1,000.00 |
| 16 | USD 10 cents / 25 cents | 1,038.00 | 1,000.00 |
| 17 | USD 10 cents / 25 cents | 1,039.00 | 1,000.00 |
| 18 | USD 10 cents / 25 cents | 1,042.00 | 1,000.00 |
| | | 18,702.00 | 18,000.00 |

This is to certify that the gross and net weight of the goods is 18,702.00 kgs and 18,000 kgs respectively.

*For and on behalf of*
**WEALTHY  MAX  LIMITED**
殷　發　有　限　公　司

.......................................................
*Authorized  Signature(s)*

WM-002753

# WEALTHY MAX LIMITED

Room 1808-9, Clifford Centre, 778-784 Cheung Sha Wan Road, Kowloon, Hong Kong

Tel: (852) 2744 6836          Fax: (852) 2786 9732

---

20th August, 2014                                   Invoice no.: WM029/USD022

PMX

5300 Willow Creek Drives S.W.

Cedars Rapids, Iowa 52404

USA

## CUSTOM   INVOICE

| Description | Quantity | Quantity Kg | CIF, Iowa, USA Amount USD |
|---|---|---|---|
| Mutilated U.S. coins | | | |
| Dimes-Quarters-Halves | 18,000.00 | 44.09245 | 793,664.10 |

TOTAL AMOUNT SAY UNITED STATES DOLLARS SEVEN HUNDRED NINETY THREE THOUSAND SIX HUNDRED SIXTY FOUR AND CENTS TEN ONLY

*For and on behalf of*
WEALTHY   MAX   LIMITED
殷　發　有　限　公　司

........................................................
*Authorized Signature(s)*

WM-002754