# EXHIBIT J

## "Special Melt Date" Email Chain & Delivery Confirmation (June 29, 2017)

### Description:

Email correspondence confirming the scheduling of a special melt and associated delivery documentation reflecting the transfer and processing of eighteen crates of mutilated coins.

### Purpose:

To demonstrate the government-authorized melt conducted pursuant to the 2016 settlement.

**Fwd: RE: Special Melt Date**

---

[REDACTED]

Fri, 14 Nov 2025 2:42:20 PM -0500

To  "Brad Geyer"<bradford.geyer@formerfedsgroup.com>

---

============ Forwarded message ============
From: Brad Geyer <bradford.geyer@geyergorey.com>
To: [REDACTED]
Date: Fri, 04 Mar 2022 16:29:25 -0600
Subject: Fwd: RE: Special Melt Date
============ Forwarded message ============



**Bradford L. Geyer**
2006 Berwick Drive
Cinnaminson, NJ 08077

**GeyerGorey LLP**
*Attorneys At Law*
*856-607-5708*

---

============ Forwarded message ============
From :
Date : Thu, 29 Jun 2017 16:04:02 -0400
Subject :
============ Forwarded message ============

Brad-

I will check on the availability of PMX and the appropriate Mint personnel.  In the meantime, can you send me a load sheet describing the shipment?  I believe it's the same form as what Wealthy Max was required to submit in the past.

Thanks,
Sheila

**From:** Brad Geyer [mailto:bradford.geyer@geyergorey.com]
**Sent:** Thursday, June 29, 2017 3:38 PM
**To:** Barnett, Sheila <Sheila.Barnett@usmint.treas.gov>
**Subject:** RE: Special Melt Date

Sheila:

Thank you for your prompt response. Yes, that is the one. We have retrieved it from CBP and are ready to ship as per your directives. I think I would like to attend the melt if possible if for no other reason than I would really like to see it in action.

Very Kind Regards,
Brad.

**Bradford L. Geyer**
*GeyerGorey LLP*
*1220 L Street, NW, STE 100, #418*
Washington D.C.20005-4018

2006 Berwick Drive
Cinnaminson, NJ 08077

**Washington D.C.
GeyerGorey LLP**
*Attorneys At Law*
*202-644-8766*
*202-374-0312*

---- On Thu, 29 Jun 2017 15:33:26 -0400 Barnett, Sheila<Sheila.Barnett@usmint.treas.gov> wrote ----

> Hi Brad,
>
> Are you referring to the est. $793,664 shipment CBP was holding?
>
> Sheila

---

> **From:** Brad Geyer [mailto:bradford.geyer@geyergorey.com]
> **Sent:** Thursday, June 29, 2017 3:23 PM
> **To:** Barnett, Sheila <Sheila.Barnett@usmint.treas.gov>
> **Subject:** Special Melt Date
>
> Sheila:
>
> Can you please authorize or see about having someone authorize Tom Brown and Christine Whitlock to authorize a special melt of this last remaining Wealthy Max shipment as is set forth in the terms of the settlement agreement between us and the US Attorney's Office?  Tom and Christine have been great and I got the impression that it wasn't at all difficult for them to arrange, but they were reasonably waiting for a "green light" before they took any action.
>
> Very Kind Regards,
> Brad Geyer

**Bradford L. Geyer**
*GeyerGorey LLP*
*1220 L Street, NW, STE 100, #418*
Washington D.C.20005-4018

2006 Berwick Drive
Cinnaminson, NJ 08077

**Washington D.C.**
**GeyerGorey LLP**
*Attorneys At Law*
*202-644-8766*
*202-374-0312*

GeyerGorey.Com

GeyerGorey.Com

GeyerGorey.Com