# EXHIBIT K

**January 30, 2019 Email from Plaintiff's Counsel to CBP Officers Regarding Storage and Melt Scheduling Process**

**Description**

Email from Bradford L. Geyer to CBP officers Christopher Griffith and Keith Nakao, copied to U.S. Mint counsel Sheila Barnett, explaining the operational process used for mutilated coin shipments, including storage of shipments pending issuance of a melt notification from the United States Mint.

**Purpose**

To demonstrate that the Mint and CBP were informed that shipments were stored pending a scheduled melt date and that Wealthy Max had multiple crates awaiting Mint scheduling.

## RE: Thank you, Finalized application and Offer of Assistance

**Brad Geyer** < bradford.geyer@geyergorey.com >

Thu, 14 Mar 2019 9:48:59 AM -0400

> To  "Apryl.Whitaker"<Apryl.Whitaker@usmint.treas.gov>
>
> Cc  "Sheila"<Sheila.Barnett@usmint.treas.gov>,"Mutilated Coin"
> <MutilatedCoin@usmint.treas.gov>
>
> Bcc  ███████████████████████████████
> ███████████████████████████
> █████████████████████████████████████

Thank you Apryl!
Please remember that this shipment has been in the queue since before the restructuring of the Program.

Our clients have a large quantity of coins in inventory ready for melting by the Mint. Their business is built around recycling for the Mint's Program. They have spent 17 years developing extensive quality assurance procedures and would like to ensure that their suppliers stay with them.

They are obviously very motivated to help protect the program and would appreciate the opportunity to help the Mint in any way they can.

We look forward to hearing from you with the earliest possible melt date.



**Bradford L. Geyer**
*GeyerGorey LLP*
*1220 L Street, NW, STE 100, #418*
Washington D.C.20005-4018

2006 Berwick Drive
Cinnaminson, NJ 08077

**Washington D.C.**
**GeyerGorey LLP**
*Attorneys At Law*
*202-644-8766*
*202-374-0312*

---- On Thu, 14 Mar 2019 00:08:04 +0800 Whitaker, Apryl<Apryl.Whitaker@usmint.treas.gov> wrote ----

> Brad,

We have received the additional bank information. We are experiencing delays and additional time is needed to process your application and coinage. You will be contacted at the time that your deliveries can be scheduled. Applications are processed in the order they are received.

-Apryl

-----

Apryl T. Whitaker

Senior Legal Counsel

United States Mint

(202) 354-6792

---

**From:** Brad Geyer <bradford.geyer@geyergorey.com>
**Sent:** Tuesday, March 12, 2019 4:21 PM
**To:** Whitaker, Apryl <Apryl.Whitaker@usmint.treas.gov>
**Cc:** Barnett, Sheila <Sheila.Barnett@usmint.treas.gov>; Mutilated Coin <MutilatedCoin@usmint.treas.gov>
**Subject:** Thank you, Finalized application and Offer of Assistance

Dear Sheila and Apryl:

First, Congratulations to Sheila!!

Second, I wanted to thank you (and I suspect the Inspector General agents) who recognized the authenticity of our coins and got them out of CBP examination into a secure facility.  We can't thank you enough.

Third, enclosed please find our updated submission that includes Wealthy Max's US bank account information confirmed by a US bank official. Can you please confirm that our application is now complete?

Fourth, we have 53 MT's of coins now ready to be melted. Can you please arrange a melt date as soon as possible?

Fifth, I am not sure what the status of your program is. We have heard that  you are waiting for additional testing equipment before you are ready to melt.  From conducting a physical examination of 18 MT of coins in Hong Kong in February 2016 and having reviewed photographs of Wealthy Max coins by SMS shipping services taken

since 2002, I believe it would be theoretically possible to add two quick testing procedures to screen out counterfeit coins:

Hi-Resolution photography

Based on photographs taken by each Wealthy Max shipment by a shipping company, authentic coins that are properly selected, cleaned and sorted should look the same throughout time.  Perhaps you could develop a high-resolution photography screen system where coins are photographed in similar light conditions and compared to a database of known photos of genuine coins. This would have to occur at the point of melt, but it might be a way to screen out obviously fake coins at little cost, reducing the burden on your more formal testing procedures. Wealthy Max has X MT's of coins at a warehouse in California and we took the liberty of storing them in a place where they can be accessed by Mint officials if necessary.  We know they are genuine so perhaps these coins can be used as your "control."

Sampling

If prior to melt you dumped the coins into a secondary mixing procedure (eliminating chance of pockets of counterfeit slugs) for visual inspection, and then scooped a sample, and reviewed a small number of those quarters and dimes for year and mint stamps, you should be able to tell by the range of dates whether or not the coins are authentic.

We also stand willing and able to set up an early warning detection system reaching back into China.  I discussed options here in prior emails, so if you want to hear more about what could be possible in that area, please let me know.

**Please let me know if we can provide any assistance, Wealthy Max is eager to get the coins processed.**

Very Kind Regards,

Brad Geyer (856) 607-5708 cell

LOGO

**Bradford L. Geyer**

*GeyerGorey LLP*
*1220 L Street, NW, STE 100, #418*

Washington D.C.20005-4018

**Washington D.C.**
**GeyerGorey LLP**

*Attorneys At Law*
*202-644-8766*
*202-374-0312*

2006 Berwick Drive

Cinnaminson, NJ 08077

---- On Fri, 01 Feb 2019 02:15:49 +0800 **Whitaker, Apryl**
<**Apryl.Whitaker@usmint.treas.gov**> wrote ----

Mr. Geyer—

I'm handling the mutilated coin redemption program while Sheila Barnett is on maternity leave. You are welcome to provide my contact information to CBP should they need a United States Mint point of contact, but you should direct any questions regarding this matter to CBP.

Regards,

Apryl T. Whitaker

Senior Legal Counsel

United States Mint

(202) 354-6792

**From:** Brad Geyer <bradford.geyer@geyergorey.com>
**Sent:** Wednesday, January 30, 2019 1:20 PM
**To:** christopher.K.GRIFFITH <christopher.K.GRIFFITH@CBP.DHS.GOV>; KEITH.S.NAKAO <KEITH.S.NAKAO@cbp.dhs.gov>
**Cc:** Barnett, Sheila <Sheila.Barnett@usmint.treas.gov>
**Subject:** Re: Fwd: RE: Gov temporary reopening

Officers Griffith and Nakao:

I heard the blessed news that Sheila Barnett from the Mint is out in maternity leave and Inna Dexter (202-354-8491) called me back from General Counsel's office and said that she would discuss this with the General Counsel and get back to me within 1-2 weeks.

I said that if we can get these coins through we will store them in our accessible warehouse along with the 33 other crates where, if helpful, they can access them since, at this point, it may be beneficial to watabliah access to coins that they know are genuine. That being said, these coins cannot be circulated or certainly won't be, and their only value as currency is if the Mint accepts them for melting in the mutilated coin program. If they aren't accepted by the Mint, at best, they have some deminimus value as scrap metal.

Very Kind Regards,

Brad Geyer

**Bradford L. Geyer**
*GeyerGorey LLP*
*1220 L Street, NW, STE 100, #418*
Washington D.C.20005-4018

2006 Berwick Drive
Cinnaminson, NJ 08077

**Washington D.C.**
**GeyerGorey LLP**
*Attorneys At Law*
*202-644-8766*
*202-374-0312*

---- On Tue, 29 Jan 2019 16:09:15 -0500 Brad Geyer<bradford.geyer@geyergorey.com> wrote ----

Officers Griffith and Nakao:

I hope for all of us that we get back to some normalcy with government operations and wanted to get back to you about the detained shipment.

We don't directly interact with PMX or any of the other smelters contracted by the US Mint to melt mutilated coins. The way it works is the coins are imported and stored until it receives a scheduled melt notification. At that point the shipment is trucked to the contracted smelter for just in time delivery.

These coins have no value beyond their value as scrap metal unless the United States Mint accepts them for smelting. They cannot be redeemed in coin counting machines because they are mutilated and Wealthy Max nor Glory Smart has ever submitted circulable coins to federal reserve banks for

processing. Since 2002, Wealthy Max and Glory Smart have submitted well over 100 shipments of mutilated coins and currently, in addition to the 20 crates you have in detention, Wealthy Max has 33 crates stored in a warehouse awaiting notification from the US of a scheduled melt date.

I have cc'd Sheila Barnett from the US MINT who can confirm the above. If we can get these coins through we will store them in a warehouse and give anyone access to them who requires it and they will remain there until the Mint gives us a melt date.

Please let me know if there are any other issues regarding which I can assist you. 856-607-5708.

Very Kind Regards,

Brad

**Error! Filename not specified,**

**Bradford L. Geyer**
*GeyerGorey LLP*
*1220 L Street, NW, STE 100, #418*
Washington D.C.20005-4018

2006 Berwick Drive
Cinnaminson, NJ 08077

**Washington D.C.**
**GeyerGorey LLP**
*Attorneys At Law*
*202-644-8766*
*856-607-5708*

=========== Forwarded message ============
From : kevin.yip@etiintl.com<kevin.yip@etiintl.com>
To : "'Brad Geyer'"<bradford.geyer@geyergorey.com>
Cc : "'Matthew'"<matthew@gsmart.com.hk>,"'Matthew'"

                              Robert Connolly'"
<robert.connolly@geyergorey.com>,"'Hays Gorey'"
<hays.gorey@geyergorey.com>,"'Louisa Yu'"<louisa.yu@etiintl.com>
Date : Sun, 27 Jan 2019 21:28:14 -0500
Subject : RE: Gov temporary reopening
=========== Forwarded message ============

Dear Brad,

Christopher Griffith is our key contact at Custom. Below is the email he sent to us on Dec 19, before shutdown of Federal govt:-

To: GRIFFITH, CHRISTOPHER K
<CHRISTOPHER.K.GRIFFITH@CBP.DHS.GOV>, Kevin Yip
<kevin.yip@etiintl.com>, Louisa Yu <louisa.yu@etiintl.com>

Cc: NAKAO, KEITH S <KEITH.S.NAKAO@cbp.dhs.gov>

As we discussed please provide your point of contact for PMX (U.S.) and the information for the last two shipments this year. Please also provide who the ultimate payee is for these shipment [who pays you], if it different from the PMC point of contact. I look forward to clearing this up and getting your shipment on its way.

–

Please note CBP Officer Keith Nakao is also cc'd here so include him in your response.

–

Respectfully,



Christopher K. Griffith

Task Force CBP Officer

U.S. Customs & Border Protection (CBP)

Homeland Security Investigations (LA-BEST/HSI)

Los Angeles Border Enforcement Security Task Force

CELL: 213.418.4112

Email: Christopher.K.Griffith@CBP.DHS.GOV

Kevin Yip

E.T.I. International Inc

831 Mitten Road #204

Burlingame CA94010

Tel 650-697 8238

Fax 650-697 8233

Cell 650-868 3831

**From:** Brad Geyer [mailto:bradford.geyer@geyergorey.com]
**Sent:** Saturday, January 26, 2019 11:39 AM
**To:** Kevin Yip <kevin.yip@etiintl.com>
**Cc:** Matthew <matthew@gsmart.com.hk>; Matthew
<matthewkfwong@gmail.com>; █████████████
█████████████████████████; Robert Connolly
<robert.connolly@geyergorey.com>; Hays Gorey
<hays.gorey@geyergorey.com>
**Subject:** Gov temporary reopening

Kevin:

The time is now ripe.  Call me when you get into work on Monday so
we can coordinate our efforts this week.

VKR|BLG

**Bradford L. Geyer**                           **Error! Filename not specified.**
*GeyerGorey LLP*                                **Washington D.C.**
*1220 L Street, NW, STE 100, #418*              **GeyerGorey LLP**
Washington D.C.20005-4018                       *Attorneys At Law*
                                                *202-644-8766*
2006 Berwick Drive                              *202-374-0312*
Cinnaminson, NJ 08077

GeyerGorey.Com

GeyerGorey.Com

GeyerGorey.Com

GeyerGorey**.**Com

GeyerGorey.Com