# EXHIBIT M

**Mint Correspondence – Application Processing and Deficiency Notices (2018–2019)**

**Description:**
Correspondence from United States Mint officials, including the May 21, 2018 letter and March 13–19, 2019 email communications concerning application deficiencies and processing order.

**Purpose:**
To document the Mint's responses to Plaintiff's application and the explanations provided regarding processing order and additional documentation requirements.

**Fwd: RE: The continuing hardship Wealthy Max is enduring**

============ Forwarded message ============

Date: Fri, 04 Mar 2022 16:22:10 -0600
Subject: Fwd: RE: The continuing hardship Wealthy Max is enduring
============ Forwarded message ============



**Bradford L. Geyer**
2006 Berwick Drive
Cinnaminson, NJ 08077

**GeyerGorey LLP**
*Attorneys At Law*
*856-607-5708*

============ Forwarded message ============
From : Mutilated Coin<MutilatedCoin@usmint.treas.gov>
To : "Brad Geyer"<bradford.geyer@geyergorey.com>,"Mutilated Coin"
<MutilatedCoin@usmint.treas.gov>
Cc : "Barnett, Sheila"<Sheila.Barnett@usmint.treas.gov>,"Hays Gorey"
<hays.gorey@geyergorey.com>,"Robert Connolly (Bob)"<robert.connolly@geyergorey.com>
Date : Mon, 21 May 2018 15:31:45 -0400
Subject : RE: The continuing hardship Wealthy Max is enduring
============ Forwarded message ============

Mr. Geyer,

Wealthy Max has not been pre-qualified as a result of any settlement.  The Mutilated Coin Redemption program was relaunched with additional safeguards, which requires all applicants to apply whether or not they've done business with the Mint in the past.  When the program relaunched in early January, notification was made to the public that applications would be processed in the order in which they were received, and to expect substantial delays.  The US Mint did not receive Wealthy Max's application until February 1, 2018.

The US Mint has not finished processing Wealthy Max's application. However, a preliminary review of the application finds the following information needs to be provided:

1)  Please provide United States banking account information for Wealthy Max Limited (Please do not use a third party)

2)  Since Wealthy Max's application indicates that it obtains the mutilated coins it intends to submit from third parties, please provide sufficient information to demonstrate that the source(s) of Wealthy Max's mutilated coins uses adequate controls to ensure genuine U.S. coinage and prevent contamination. Applicants who obtain mutilated coins from a third party/broker are now asked to provide, at a minimum, the following information:

- The total number of individuals or companies that have provided mutilated coins to you (as part of coins you plan to submit to the U.S. Mint).

- For each individual or company, please provide the name, address, Point of Contact for each company, phone number, and the total amount of mutilated coins they have submitted to you (denomination and weight).

- How often do you receive mutilated coins from the individuals or entities listed above?

- If you used an agent/representative between you and the individuals or companies listed above, please provide the name, address and phone number for each agent.

- What steps have you (or your organization) taken to ensure the mutilated coins you have obtained are genuine U.S. coins?

3)  Additionally, Wealthy Max's application states that it buys coins from international companies.  Our instructions require participants shipping coins from outside the United States in an aggregate dollar amount exceeding $10,000 to submit the Report of International Transportation of Currency or Monetary Instruments (CMIR), FinCen Form 105.  No FinCen Form 105 was received with Wealthy Max's application.

Let me know if you have questions.

Timothy L. Grimsby
Mutilated Coin Redemption Manager

United States Mint, Financial Directorate

---

**From:** Brad Geyer [mailto:bradford.geyer@geyergorey.com]
**Sent:** Wednesday, May 16, 2018 12:25 PM
**To:** Mutilated Coin <MutilatedCoin@usmint.treas.gov>
**Cc:** Barnett, Sheila <Sheila.Barnett@usmint.treas.gov>; Hays Gorey <hays.gorey@geyergorey.com>;
Robert Connolly (Bob) <robert.connolly@geyergorey.com>
**Subject:** The continuing hardship Wealthy Max is enduring

To Whom It May Concern:


We represent Wealthy Max, notably the largest recycler of mutilated U.S. coins, and the most egregiously prejudiced by the shutdown of the Mutilated Coin Redemption Program. While we are thrilled that the Program has been reopened, we have been waiting for nearly six months to be given a melt date for coins that have been in storage since the Program was shut down in September of 2014. Reopening the program but not scheduling melts is the same as staying closed.

In January 2018, we submitted our annual quantity estimate of 85 metric tons of mutilated coins with 15 metric tons ready at that time for immediate melt. *As of June 5, 2018, we will have a total of 33 metric tons in Los Angeles awaiting melt instructions which is in line with our annual estimate.*

The latest addition to the Mint's website, "Applications are reviewed in the order they are received," should put us at the top of the list. In August of 2017, the Mint pre-qualified Wealthy Max and wired our payment from the first melt of seized coins that had been in storage for many years. Our on-going briefs of government, Courts and Mint personnel spans back to January of 2016, when Wealthy Max notified the Mint of the coins currently ready for melt and where we invited Mint representatives to an unsealing of our coins in Hong Kong and to inspect our processing facilities in Foshan, China.  WE even paid out of our own pocket the government's testing fees to establish the unimpeachable authenticity of our coins.

In short, the 33 metric tons of coins that will be available for melt by June 5th have been awaiting melting since September of 2014.  As it stands now, it would seem that there is still a distance to travel before we return to "full faith and credit."  The coins Wealthy Max sources are provided by large purchasers of hundreds thousands of metric tons of scrap materials purchased from US exporters so there is an important trade issue here as well.

The extreme delay in scheduling our shipment for melt has caused a great hardship for Wealthy Max. Since the storage costs and inventory costs are substantial, we would like to better understand how this process works so that we can schedule accordingly. Before the Program shutdown, we had an excellent relationship with the Mint, providing a valuable service by returning metals for reprocessing. We would like to reestablish this relationship and get on a predictable schedule for shipping and melting the coins.  As discussed with Mint officials, we have designed an extensive compliance program, addressing every conceivable issue raised by the Mint, to vet both the coins and our suppliers.

I would like to schedule a meeting so that I can appropriately advise my clients on the timing of the melts.

Please contact me at your earliest convenience.

Very Kind Regards,
Brad Geyer


**Bradford L. Geyer**

GeyerGorey LLP
1220 L Street, NW, STE 100, #418
Washington D.C.20005-4018

2006 Berwick Drive
Cinnaminson, NJ 08077

**Washington D.C.**
**GeyerGorey LLP**
*Attorneys At Law*
*202-644-8766*
*202-374-0312*

GeyerGorey.Com

GeyerGorey.Com

## Fwd: Re: Fwd: RE: Thank you, Finalized application and Offer of Assistance



**Bradford L. Geyer**
2006 Berwick Drive
Cinnaminson, NJ 08077

**GeyerGorey LLP**
*Attorneys At Law*
*856-607-5708*

---- On Sat, 05 Mar 2022 12:10:43 -0500 ▮▮▮▮▮▮▮▮▮
wrote ----

Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purposes of (i) avoiding penalties imposed

under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

============ Forwarded message ============
From : Whitaker, Apryl<Apryl.Whitaker@usmint.treas.gov>
To : "Brad Geyer"<bradford.geyer@geyergorey.com>
Cc : "Barnett, Sheila"<Sheila.Barnett@usmint.treas.gov>,"Mutilated Coin" <MutilatedCoin@usmint.treas.gov>
Date : Wed, 13 Mar 2019 12:08:04 -0400
Subject : RE: Thank you, Finalized application and Offer of Assistance
============ Forwarded message ============

Brad,

We have received the additional bank information. We are experiencing delays and additional time is needed to process your application and coinage. You will be contacted at the time that your deliveries can be scheduled. Applications are processed in the order they are received.

-Apryl

-----

Apryl T. Whitaker
Senior Legal Counsel
United States Mint
(202) 354-6792

---

**From:** Brad Geyer <bradford.geyer@geyergorey.com>
**Sent:** Tuesday, March 12, 2019 4:21 PM
**To:** Whitaker, Apryl <Apryl.Whitaker@usmint.treas.gov>
**Cc:** Barnett, Sheila <Sheila.Barnett@usmint.treas.gov>; Mutilated Coin <MutilatedCoin@usmint.treas.gov>
**Subject:** Thank you, Finalized application and Offer of Assistance

Dear Sheila and Apryl:

First, Congratulations to Sheila!!

Second, I wanted to thank you (and I suspect the Inspector General agents) who recognized the authenticity of our coins and got them out of CBP examination into a secure facility.  We can't thank you enough.

Third, enclosed please find our updated submission that includes Wealthy Max's US bank account information confirmed by a US bank official. Can you please confirm that our application is now complete?

Fourth, we have 53 MT's of coins now ready to be melted. Can you please arrange a melt date as soon as possible?

Fifth, I am not sure what the status of your program is. We have heard that you are waiting for additional testing equipment before you are ready to melt. From conducting a physical examination of 18 MT of coins in Hong Kong in February 2016 and having reviewed photographs of Wealthy Max coins by SMS

shipping services taken since 2002, I believe it would be theoretically possible to add two quick testing procedures to screen out counterfeit coins:

Hi-Resolution photography
Based on photographs taken by each Wealthy Max shipment by a shipping company, authentic coins that are properly selected, cleaned and sorted should look the same throughout time.  Perhaps you could develop a high-resolution photography screen system where coins are photographed in similar light conditions and compared to a database of known photos of genuine coins. This would have to occur at the point of melt, but it might be a way to screen out obviously fake coins at little cost, reducing the burden on your more formal testing procedures. Wealthy Max has X MT's of coins at a warehouse in California and we took the liberty of storing them in a place where they can be accessed by Mint officials if necessary.  We know they are genuine so perhaps these coins can be used as your "control."

Sampling
If prior to melt you dumped the coins into a secondary mixing procedure (eliminating chance of pockets of counterfeit slugs) for visual inspection, and then scooped a sample, and reviewed a small number of those quarters and dimes for year and mint stamps, you should be able to tell by the range of dates whether or not the coins are authentic.

We also stand willing and able to set up an early warning detection system reaching back into China.  I discussed options here in prior emails, so if you want to hear more about what could be possible in that area, please let me know.

**Please let me know if we can provide any assistance, Wealthy Max is eager to get the coins processed.**

Very Kind Regards,
Brad Geyer (856) 607-5708 cell

**Bradford L. Geyer**                                                      **Washington D.C.**
*GeyerGorey LLP*                                                        **GeyerGorey LLP**
*1220 L Street, NW, STE 100, #418*                          *Attorneys At Law*
Washington D.C.20005-4018                                        *202-644-8766*
                                                                                    *202-374-0312*
2006 Berwick Drive
Cinnaminson, NJ 08077

---- On Fri, 01 Feb 2019 02:15:49 +0800 **Whitaker, Apryl <Apryl.Whitaker@usmint.treas.gov>** wrote ----

> Mr. Geyer—
>
> I'm handling the mutilated coin redemption program while Sheila Barnett is on maternity leave. You are welcome to provide my contact information to CBP should they need a United States Mint point of

contact, but you should direct any questions regarding this matter to CBP.

Regards,

Apryl T. Whitaker
Senior Legal Counsel
United States Mint
(202) 354-6792

---

**From:** Brad Geyer <bradford.geyer@geyergorey.com>
**Sent:** Wednesday, January 30, 2019 1:20 PM
**To:** christopher.K.GRIFFITH <christopher.K.GRIFFITH@CBP.DHS.GOV>; KEITH.S.NAKAO <KEITH.S.NAKAO@cbp.dhs.gov>
**Cc:** Barnett, Sheila <Sheila.Barnett@usmint.treas.gov>
**Subject:** Re: Fwd: RE: Gov temporary reopening

Officers Griffith and Nakao:

I heard the blessed news that Sheila Barnett from the Mint is out in maternity leave and Inna Dexter (202-354-8491) called me back from General Counsel's office and said that she would discuss this with the General Counsel and get back to me within 1-2 weeks.

I said that if we can get these coins through we will store them in our accessible warehouse along with the 33 other crates where, if helpful, they can access them since, at this point, it may be beneficial to watabliah access to coins that they know are genuine. That being said, these coins cannot be circulated or certainly won't be, and their only value as currency is if the Mint accepts them for melting in the mutilated coin program. If they aren't accepted by the Mint, at best, they have some deminimus value as scrap metal.

Very Kind Regards,
Brad Geyer

**Bradford L. Geyer**
*GeyerGorey LLP*
*1220 L Street, NW, STE 100, #418*
Washington D.C.20005-4018

2006 Berwick Drive
Cinnaminson, NJ 08077

**Washington D.C.**
**GeyerGorey LLP**
*Attorneys At Law*
*202-644-8766*
*202-374-0312*

---

---- On Tue, 29 Jan 2019 16:09:15 -0500 Brad Geyer<bradford.geyer@geyergorey.com> wrote ----

Officers Griffith and Nakao:

I hope for all of us that we get back to some normalcy with government operations and wanted to get back to you about the detained shipment.

We don't directly interact with PMX or any of the other smelters contracted by the US Mint to melt mutilated coins. The way it works is the coins are imported  and stored until it receives a scheduled melt notification. At that point the shipment is trucked to the contracted smelter for just in time delivery.

These coins have no value beyond their value as scrap metal unless the United States Mint accepts them for smelting. They cannot be redeemed in coin counting machines because they are mutilated and Wealthy Max nor Glory Smart has ever submitted circulable coins to federal reserve banks for processing. Since 2002, Wealthy Max and Glory Smart have submitted well over 100 shipments of mutilated coins and currently, in addition to the 20 crates you have in detention, Wealthy Max has 33 crates stored in a warehouse awaiting notification from the US of a scheduled melt date.

I have cc'd Sheila Barnett from the US MINT who can confirm the above. If we can get these coins through we will store them in a warehouse and give anyone access to them who requires it and they will remain there until the Mint gives us a melt date.

Please let me know if there are any other issues regarding which I can assist you. 856-607-5708.

Very Kind Regards,
Brad



**Error! Filename not specified.**

**Bradford L. Geyer**                                        **Washington D.C.**
*GeyerGorey LLP*                                            **GeyerGorey LLP**
*1220 L Street, NW, STE 100, #418*                          *Attorneys At Law*
Washington D.C.20005-4018                                        *202-644-8766*
                                                                *856-607-5708*
2006 Berwick Drive
Cinnaminson, NJ 08077

============= Forwarded message ============
From : kevin.yip@etiintl.com<kevin.yip@etiintl.com>
To : "'Brad Geyer'"<bradford.geyer@geyergorey.com>,
Cc : "'Matthew'"<matthew@gsmart.com.hk>,"'Matthew'"
<matthewkfwong@gmail.com>,"▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ "'Robert Connolly'"
<robert.connolly@geyergorey.com>,"'Hays Gorey'"
<hays.gorey@geyergorey.com>,"'Louisa Yu'"<louisa.yu@etiintl.com>
Date : Sun, 27 Jan 2019 21:28:14 -0500
Subject : RE: Gov temporary reopening
============= Forwarded message ============

Dear Brad,

Christopher Griffith is our key contact at Custom. Below is the email he sent to us on Dec 19, before shutdown of Federal govt:-

To: GRIFFITH, CHRISTOPHER K <CHRISTOPHER.K.GRIFFITH@CBP.DHS.GOV>, Kevin Yip <kevin.yip@etiintl.com>, Louisa Yu <louisa.yu@etiintl.com>

Cc: NAKAO, KEITH S <KEITH.S.NAKAO@cbp.dhs.gov>

As we discussed please provide your point of contact for PMX (U.S.) and the information for the last two shipments this year. Please also provide who the ultimate payee is for these shipment [who pays you], if it different from the PMC point of contact. I look forward to clearing this up and getting your shipment on its way.

Please note CBP Officer Keith Nakao is also cc'd here so include him in your response.

Respectfully,

Christopher K. Griffith

Task Force CBP Officer

U.S. Customs & Border Protection (CBP)

Homeland Security Investigations (LA-BEST/HSI)

Los Angeles Border Enforcement Security Task Force

CELL: 213.418.4112

Email: Christopher.K.Griffith@CBP.DHS.GOV

Kevin Yip
E.T.I. International Inc
831 Mitten Road  #204
Burlingame CA94010
Tel 650-697 8238
Fax 650-697 8233
Cell 650-868 3831

**From:** Brad Geyer [mailto:bradford.geyer@geyergorey.com]
**Sent:** Saturday, January 26, 2019 11:39 AM
**To:** Kevin Yip <kevin.yip@etiintl.com>
**Cc:** Matthew <matthew@gsmart.com.hk>; Matthew <matthewkfwong@gmail.com>; Joan Marshall <joan.marshall@geyergorey.com>; Robert Connolly <robert.connolly@geyergorey.com>; Hays Gorey <hays.gorey@geyergorey.com>
**Subject:** Gov temporary reopening

Kevin:

The time is now ripe.  Call me when you get into work on Monday so we can coordinate our efforts this week.

VKR|BLG

**Error! Filename not specified.**

**Bradford L. Geyer**
*GeyerGorey LLP*
*1220 L Street, NW, STE 100, #418*
Washington D.C.20005-4018

2006 Berwick Drive
Cinnaminson, NJ 08077

**Washington D.C.**
**GeyerGorey LLP**
*Attorneys At Law*
*202-644-8766*
*202-374-0312*

GeyerGorey.Com

GeyerGorey.Com

GeyerGorey.Com

GeyerGorey.Com

GeyerGorey.Com

GeyerGorey.Com