# EXHIBIT O

**U.S. Mint Confirmation of Suspension of Mutilated Coin Redemption Processing (June 10, 2019) and Archived Program Notice**

**Description:**

Letter dated June 10, 2019 from U.S. Mint official David Croft confirming that the Mint had ceased processing applications and submitted materials under the Mutilated Coin Redemption Program pending development of additional program safeguards, together with an archived copy of the U.S. Mint webpage announcing the temporary suspension of processing.

**Purpose:**

To demonstrate that the United States Mint formally suspended processing of mutilated coin submissions while Plaintiff's application remained pending and provided no timeline for resuming processing.



**DEPARTMENT OF THE TREASURY**
UNITED STATES MINT
WASHINGTON, D.C. 20220

June 10, 2019

Mr. Bradford L. Geyer
20065 Berwick Drive
Cinnaminson, NJ 08077

Dear Mr. Geyer:

I am writing in response to your inquiry of April 29, 2019 on behalf of your client, Wealthy Max.

The United States Mint ceased processing applications and material submitted to its Mutilated Coin Redemption Program on April 24, 2019, pending the development of additional Program safeguards. We do not currently have a timeline of when the new safeguards will be developed and applied.

Updates on the status of the Program will be posted on the Mutilated Coin Web Site [https://www.usmint.gov/news/consumer-alerts/mutilated-coin-program] as soon as they become available.

If I may be of further assistance, please do not hesitate to let me know by contacting me at (202) 354-6689.

Sincerely,

David Croft
Associate Director for Manufacturing

Case 2:26-cv-02092-CFK    Document 2-14    Filed 03/31/26    Page 3 of 5



## UNITED STATES MINT
*Connecting America through Coins*

U.S. Mint / News / Consumer Alerts / Mutilated Coin Redemption Program

# Mutilated Coin Redemption Program



**PLEASE NOTE:** The United States Mint has temporarily ceased processing applications and material submitted to its Mutilated Coin Redemption Program pending the development of additional Program safeguards. Updates on the status of the Program will be posted here as soon as they become available.

The United States Mint established the Mutilated Coin Redemption Program so people and businesses could exchange bent and partial coins (commonly referred to as mutilated coins) for reimbursement. The information in this section outlines the process for submitting mutilated coins for reimbursement.

Submission requirements vary depending on how much is submitted annually and whether you submit as an individual or a company. The varying requirements help to appropriately process all mutilated coin shipments. Mutilated coins submitted for redemption must meet the acceptance criteria listed below.

Contact us with questions at <u>MutilatedCoin@usmint.treas.gov</u> or 202-354-7760.

---

**PLEASE NOTE:** Coins submitted for exchange must be clean, free of debris, free of residual substance(s) on the surface, and identifiable as United States coins. The U.S. Mint reserves the right to reject any submission that does not conform to these guidelines or contains any contaminant. Past material acceptance does not guarantee future acceptance.

Due to the high number of applications and quantities of coins for redemption, the heavy volume and precise nature of the work may result in substantial wait times. We appreciate the public's patience during the relaunching of the mutilated coin redemption program. Applications are reviewed in the order they are received. If your application is for greater than 70 pounds, you will be contacted at the time that their deliveries can be scheduled.

---

# U.S. Mint Material Acceptance Criteria

The U.S. Mint accepts for redemption:

- <u>Bent or partial coins</u>
- Weighing no less than 1 pound (0.4536 kilograms)
- Separated by denomination category: Penny, Nickel, Dime, Quarters, Halves, and Eisenhower Dollars; Susan B. Anthony Dollars, Sacagawea Golden Dollar, and Presidential $1 coins

The U.S. Mint will not accept for redemption:

- Bent or partial coins that are not readily and clearly identifiable as to the genuineness and denomination of the coins
- Bent and partial coins not presented separately by denomination category in lots of at least 1 pound for each denomination
- <u>Fused coins</u>
- <u>Mixed coins</u>, with the exception of bent or partial one-cent coins and $1 coins presented in mixed years

Unacceptable items, not classified as <u>mutilated coins</u>, that the U.S. Mint does not redeem are:

- Foreign coins
- <u>Counterfeit coins</u>
- <u>Slugs</u>
- Altered coins, changed to pass as another denomination
- Precious coins (silver or gold)
- <u>Uncurrent coins</u>

*Content last updated on May 9, 2019*

**1-800-USA-MINT**

---

**SIGN UP FOR EMAIL UPDATES AND TEXT MESSAGE ALERTS ABOUT PRODUCTS**

EMAIL ADDRESS

Subscribe

+1 ### ### ###

**Sign Up**

Privacy Policy    Terms of Use    Accessibility    Plug-Ins    Site Map

© 2018 United States Mint All Rights Reserved.