# EXHIBIT P

**April 21, 2019 Letter from Counsel to U.S. Mint Director**

**Description**:

Letter from counsel for Wealthy Max to the Director of the United States Mint describing the existence of approximately 53 metric tons of mutilated coins awaiting redemption and requesting that the Mint schedule a melt while the material remained in warehouse storage.

**Purpose:**

To document that the Mint's senior leadership was notified of the stored coin inventory and was asked to schedule a melt shortly before the Mint suspended processing of submissions under the Program.

**Fwd: Mint suspends coin program...here we go again**

---

**Brad Geyer** < bradford.geyer@geyergorey.com >

Wed, 01 May 2019 9:47:51 PM -0400

  To  "Matthew"<matthew@gsmart.com.hk>,"Matthew"<matthewkfwong@gmail.com>

  Bcc  "Joan Marshall"<joan.marshall@geyergorey.com>

---

Matthew-sometimes Patience is a virtue. Everything seems primed.



**Bradford L. Geyer**
*GeyerGorey LLP*
*1220 L Street, NW, STE 100, #418*
Washington D.C.20005-4018

2006 Berwick Drive
Cinnaminson, NJ 08077

**Washington D.C.
GeyerGorey LLP**
*Attorneys At Law*
*202-644-8766*
*202-374-0312*

---

============ Forwarded message ============
From : brad.macaulay@fastmarkets.com<brad.macaulay@fastmarkets.com>
To : "Brad Geyer"<bradford.geyer@geyergorey.com>
Date : Wed, 01 May 2019 16:13:06 -0500
Subject : Mint suspends coin program...here we go again
============ Forwarded message ============

> Hello old friend!!
>
> It's been a long time! I hope you're doing well.
>
> Not sure if you saw this?
>
> https://www.usmint.gov/news/consumer-alerts/mutilated-coin-program
>
>
> The Mint has officially ceased processing applications. I was working on a revival story about complaints with the program so I wonder if that kicked them to make an official announcement about the program.
>
>
> I met with a handful of companies a few weeks back in LA ISRI who all had not been able to redeem coins. From what I understand only a few parties were able to get shipments redeemed directly following the lawsuit a few years back but since then it's been a stalemate.

Please let me know if you have any clarity on any of this or if you have any correspondences with the Mint that you're able to share.

I have the greenlight to write about this again so I would be more than happy to speak with you to gather your thoughts.

Also we should just catch regardless – curious to hear how things are going for you.

-Brad

Brad MacAulay | Price Reporter (Metals & Mining)

Tel: 412-765-2585 | M: 814-229-0289

Fastmarkets | Fastmarkets MB | Fastmarkets AMM |

Fastmarkets IM | RISI | FOEX

We are now Fastmarkets. Read about our transformation here

GeyerGorey.Com



## DEPARTMENT OF THE TREASURY
### UNITED STATES MINT
WASHINGTON, D.C. 20220

June 10, 2019

Mr. Bradford L. Geyer
20065 Berwick Drive
Cinnaminson, NJ 08077

Dear Mr. Geyer:

I am writing in response to your inquiry of April 29, 2019 on behalf of your client, Wealthy Max.

The United States Mint ceased processing applications and material submitted to its Mutilated Coin Redemption Program on April 24, 2019, pending the development of additional Program safeguards. We do not currently have a timeline of when the new safeguards will be developed and applied.

Updates on the status of the Program will be posted on the Mutilated Coin Web Site [https://www.usmint.gov/news/consumer-alerts/mutilated-coin-program] as soon as they become available.

If I may be of further assistance, please do not hesitate to let me know by contacting me at (202) 354-6689.

Sincerely,

David Croft
Associate Director for Manufacturing



2006 Berwick Drive
Cinnaminson, NJ 08077-4502

*Brad@GeyerGorey.Com*
*(856)-607-5708*

April 21, 2019

**David J. Ryder, Director**

**United States Mint**

801 9th St NW

Washington, DC 20220

Re: _Mutilated Coin Redemption Program_

Dear Director Ryder:

I just wanted to check in and provide the Mint with an update based on some inadvertent intelligence I have gathered.

My client, Wealthy Max, recently had a shipment of coins diverted to examination. In getting that matter cleared, I learned from HSA-OIG agents that a compromise of many coin counting machines in the Federal Reserve program may have been prompted by the temporary suspension of the Mint Mutilated Coin Redemption Program.

At the end of the previous Mint closure period, as an academic exercise, we analyzed how many coins could be salvaged from Wealthy Max's mutilated coins to be submitted as countable coins. Upon first inspection it looked like many of the coins would qualify. This originally caused me concern because we did not want to be submitting undamaged coins to the Mint for bulk melting.

In February 2016, using a 10kg random sample,of from coins that came off of Wealthy Max's quality assurance line in Foshan, China in September 2014, we analyzed the coins to determine whether we could screen undamaged coins and submit those through the Federal Reserve program.  Upon examination, we quickly determined that coins that appeared to be in acceptable condition and coin countable, had subtle damage that would create quite a challenge for coin sorting machines.  The test we used to "flunk" perhaps 90+% of the coins was placing each coin on a hard surface on both sides. We found tiny bending variances. Sometimes it would look more flush on a hard surface on one side than on the other side. You could place one down and it appeared to be flush, but when you flipped the coin, you would see that it wasn't flush. There was a tiny variance. There were also tiny scratches, blemishes, dents, etc.

1

When HSA-OIG reported mass malfunctions of coin sorting machines, I hypothesized that some suppliers may have used a less selective screening system to source coins that could get through the Federal Reserve's screening process but over time would result in processing coins that break down the machines. I am also familiar with coin presses that press coins flat. I am not a coin expert, but because the coins all have varying degrees of damage and imperfections, our conclusion was that you couldn't restore the original condition of the coin. We agreed not to engage in such efforts, as we saw it as irresponsible and contrary the US Government's interests.

I raise this now as Wealthy Max has 53 metric tons of genuine mutilated coins in a warehouse in California waiting for melting, and perhaps more than 100 MT's in its sourcing system. My clients have spent significant resources building a reliable supply chain with quality control procedures at all levels of the supply chain.  I have counseled patience during this time, but they are unable to purchase coin stocks from their suppliers because of the vast quantity they have held in inventory since September 2014. We are concerned that one or more of their suppliers will be convinced to permit secondary harvesting of coin stores for coins that can be submitted as machine countable coins.

I know you have many equities to consider, but I can't help but notice that one way the Mint could at once protect coin counting machinery while it shores up and improves the quality of coins it receives to melt, is to schedule a melt of our client's 53 MT's of coins in storage in California.  If such a melt was arranged, a payment for these coins would be immediately deployed to purchase and process coins up stream in the supply chain and, as such, the Mint would squeeze out aberrational conduct. Wealthy Max can  keep the established systems for processing currency as the leading provider of mutilated coins to the Mint with a proven  quality assurance procedure.

I recognize there is much that must be evaluated and considered, but we stand ready willing and able to assist the Mint and the Mutilated Coin Redemption Program in any way that you consider desirable.

Sincerely,

file copy
_____

Bradford L. Geyer

2