**Mutilated Coin Program Legal Inquiry**

---

**Brad Geyer** < bradford.geyer@formerfedsgroup.com >

Thu, 10 Mar 2022 12:33:02 AM -0500

To    "johnschorn"<john.schorn@usmint.gov>,"johnschorn"
      <john.schorn@treasury.gov>,"JohnSchorn"<John.Schorn@ustreasury.gov>

---

John:

When you have a chance can you give me a call? (856-607-5708) I represent Wealthy Max beginning under our old law firm (GeyerGorey LLP).  There is a backstory here and I was working with Sheila Barnett.

We have been sitting on coins in the USA since 2016 now. I think we have a very strong case, but my client is more interested in getting the value of their investment and exiting the business.  They continue to view themselves as having provided a valuable service to the Mint by sourcing mutilated coins from hundreds of thousands of metric tons of scrap aluminum per year, but, alas, the infatuation is one sided.

I would like to discuss our unique situation and try to devise a workaround that avoids a lot of trouble and expense for everyone and get these addressed so that Wealthy Max will exit. I believe we have a very strong affirmative case, but, at the same time, I don't see any reason to go down this road.  Maybe we can help each other. Call me when you have time to discuss.

Very Kind Regards,
Brad Geyer

**Bradford L. Geyer**    FormerFedsGroup.Com





Mobile: (856) 607-5708
Email: Brad@FormerFedsGroup.com

USA:
141 I Route 130 South, Suite 303
Cinnaminson, NJ 08077 **888-486-FEDS**

*"Surround Yourself With FormerFeds Who Share Your Mission (TM)"*

---

IMPORTANT: FormerFeds LLC (FormerFedsGroup.Com) now provides law firm services under the supervision of Bradford L. Geyer who is a member of the Pennsylvania and New Jersey Bars. The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

**Coin program**

---

**Brad Geyer** < bradford.geyer@formerfedsgroup.com >

Thu, 10 Mar 2022 12:28:00 AM -0500

To  "johnschorn"<john.schorn@usmint.treasury.gov>

████████████████████████████████████████

---

John:

When you have a chance can you give me a call? (856-607-5708) I represent Wealthy Max beginning under our old law firm (GeyerGorey LLP).  There is a backstory here and I was working with Sheila Barnett.

We have been sitting on coins in the USA since 2016 now. I think we have a very strong case, but my client is more interested in getting the value of their investment and exiting the business.  They continue to view themselves as having provided a valuable service to the Mint by sourcing mutilated coins from hundreds of thousands of metric tons of scrap aluminum per year, but, alas, the infatuation is one sided.

I would like to discuss our unique situation and try to devise a workaround that avoids a lot of trouble and expense for everyone and get these addressed so that Wealthy Max will exit. I believe we have a very strong affirmative case, but, at the same time, I don't see any reason to go down this road.  Maybe we can help each other. Call me when you have time to discuss.

Very Kind Regards,
Brad Geyer

**Bradford L. Geyer**   FormerFedsGroup.Com





Mobile: (856) 607-5708
Email: Brad@FormerFedsGroup.com

USA:
141 I Route 130 South, Suite 303
Cinnaminson, NJ 08077 **888-486-FEDS**

*"Surround Yourself With FormerFeds Who Share Your Mission (TM)"*

---

IMPORTANT: FormerFeds LLC (FormerFedsGroup.Com) now provides law firm services under the supervision of Bradford L. Geyer who is a member of the Pennsylvania and New Jersey Bars. The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

Case 2:26-cv-02092-CFK    Document 2-16    Filed 03/31/26    Page 3 of 9

Mr. John Schorn
General Counsel
United States Mint
801 9th St NW, Washington, DC 20001

john.schorn@usmint.treasury.gov

VIA EMAIL and FEDERAL EXPRESS

Dear Mr. Schorn:

My client, Wealthy Max,  has had a long-term unblemished relationship with the United States Mint ("Mint") redeeming mutilated coins under the Mint's Mutilated Coin Redemption Program.  Beginning at least as early as 2014, however, the Department of Homeland Security began a campaign to end the redemption of China sources mutilated coins based upon misguided and unsupported suspicions that coins redeemed by Wealthy Max and others were counterfeit. Those unfounded fears culminated in the United States Attorney Office for the District of New Jersey filing a civil asset forfeiture case for a shipment of Wealthy Max coins *United States v. One 2014 Black Porsche Cayman Coupe et al., Civil Action 15-cv-5814 EDPA.*  On July 21, 2016, the Honorable Juan R. Sánchez granted Wealthy Max's Motion to Dismiss that case with prejudice.

In 2015, Wealthy Max was forced to bring an affirmative civil action under the Civil Asset Forfeiture Reform Act ("CAFRA")(18 U.S.C. § 983), and the Fourth and Fifth Amendment against the United States Mint and others to obtain payment for additional shipments of coins valued at over $3.25 that  were delivered to the United States pursuant to arrangements made with the Mint. *Wealthy Max Limited v.: United States Department of the Treasury et al.* Civil Action No 15-5875 EDPA). In that case, the mutilated coins were kept by the Mint without making payment to Wealthy Max, and without taking any judicial action to justify confiscation of the property or providing Wealthy Max any due process to challenge the taking of this property. Instead, the government simply refused to compensate Wealthy Max for these shipments without justification or explanation. That matter was settled in December of 2016.

Once, again, in detrimental reliance upon the Mint reopening the Mutilated Coin Redemption Program, Wealthy Max has tried unsuccessfully since early 2019 to schedule a melt of 53 MT of mutilated United States coins that have been stored in a warehouse in California. On March 19, 2019, Apryl Whitaker and Sheila Barnett, in the Mint General Counsel's office, indicated a melt would be scheduled. (See attached) To date, a melt has not been scheduled, we have heard nothing, and the Mutilated Coin Redemption Program was subsequently halted once again. The storage fees alone that Wealthy Max has been forced to pay for this 53 MT of coins is approximately $30,000 per quarter.

Wealthy Max submitted a letter in response to the Mint's proposed rulemaking last summer. Another nine months have passed with no resolution. This arbitrary, capricious and costly action, and inaction, by the Mint must be addressed. We would very much like to discuss and resolve this situation without the need for protracted and costly litigation.

Please contact me at your earliest convenience.

Brad

cc: Ventris Gibson, Director, United States Mint

Attachment: March 19, 2019, Email from Mint Counsel Apryl Whitaker

**Fwd: Request to contact me ASAP (856) 697-5708**

**Brad Geyer** < brad@formerfedsgroup.com >

Tue, 17 Jun 2025 9:53:56 PM -0400

To   "Brad Geyer"<bradford.geyer@formerfedsgroup.com>

**Bradford L. Geyer**   FormerFedsGroup.Com



Mobile: (856) 607-5708
Email: Brad@FormerFedsGroup.com



USA:
141 I Route 130 South, Suite 303
Cinnaminson, NJ 08077 **888-486-FEDS**

*"Surround Yourself With FormerFeds Who Share Your Mission (TM)"*

IMPORTANT: FormerFeds LLC (FormerFedsGroup.Com) now provides law firm services under the supervision of Bradford L. Geyer who is a member of the Pennsylvania and New Jersey Bars. The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

============ Forwarded message ============
From : Brad Geyer<bradford.geyer@formerfedsgroup.com>
To : "johnschorn"<john.schorn@usmint.gov>
Cc : "VentrisGibson"<Ventris.Gibson@usmint.gov>,"johnschorn"
<john.schorn@usmint.treasury.gov>,"ventrisgibson"<ventris.gibson@usmint.treasury.gov>
Date : Sun, 13 Mar 2022 23:37:00 -0400
Subject : Request to contact me ASAP (856) 697-5708
============ Forwarded message ============


Mr Schorn:

Please see enclosed.

Very Kind Regards,
Brad Geyer

**Bradford L. Geyer**   FormerFedsGroup.Com



Mobile: (856) 607-5708
Email: Brad@FormerFedsGroup.com

USA:
141 I Route 130 South, Suite 303
Cinnaminson, NJ 08077 **888-486-FEDS**

*"Surround Yourself With FormerFeds Who Share Your
Mission (TM)"*

IMPORTANT: FormerFeds LLC (FormerFedsGroup.Com) now provides law firm services under the supervision of Bradford L. Geyer who is a member of the Pennsylvania and New Jersey Bars. The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

## 1 Attachment(s)

20220313 letter to Mint.pdf
176.6 KB



Mr. John Schorn
General Counsel
United States Mint
801 9th St NW, Washington, DC 20001

john.schorn@usmint.treasury.gov

VIA EMAIL and UPS

Dear Mr. Schorn:

My client, Wealthy Max, has had a long-term unblemished relationship with the United States Mint ("Mint") redeeming mutilated coins under the Mint's Mutilated Coin Redemption Program. Beginning at least as early as 2014, however, the Department of Homeland Security began a campaign to end the redemption of China sources mutilated coins based upon misguided and unsupported suspicions that coins redeemed by Wealthy Max and others were counterfeit. Those unfounded fears culminated in the United States Attorney Office for the District of New Jersey filing a civil asset forfeiture case for a shipment of Wealthy Max coins *United States v. One 2014 Black Porsche Cayman Coupe et al., Civil Action 15-cv-5814 EDPA.* On July 21, 2016, the Honorable Juan R. Sánchez granted Wealthy Max's Motion to Dismiss that case with prejudice.

In 2015, Wealthy Max was forced to bring an affirmative civil action under the Civil Asset Forfeiture Reform Act ("CAFRA")(18 U.S.C. § 983), and the Fourth and Fifth Amendment against the United States Mint and others to obtain payment for additional shipments of coins valued at over $3.25 that were delivered to the United States pursuant to arrangements made with the Mint. *Wealthy Max Limited v. United States Department of the Treasury et al.* Civil Action No 15-5875 EDPA). In that case, the mutilated coins were kept by the Mint without making payment to Wealthy Max, and without taking any judicial action to justify confiscation of the property or providing Wealthy Max any due process to challenge the taking of this property. Instead, the government simply refused to compensate Wealthy Max for these shipments without justification or explanation. That matter was settled in December of 2016.

Once, again, in detrimental reliance upon the Mint reopening the Mutilated Coin Redemption Program, Wealthy Max has tried unsuccessfully since early 2019 to schedule a melt of 53 MT of mutilated United States coins that have been stored in a warehouse in California. On March 19, 2019, Apryl Whitaker and Sheila Barnett, in the Mint General Counsel's office,



indicated a melt would be scheduled. To date, a melt has not been scheduled, we have heard nothing, and the Mutilated Coin Redemption Program was subsequently halted once again. The storage fees alone that Wealthy Max has been forced to pay for this 53 MT of coins is approximately $30,000 per quarter.

Wealthy Max submitted a letter in response to the Mint's proposed rulemaking last summer. Another nine months have passed with no resolution. This arbitrary, capricious and costly action, and inaction, by the Mint must be addressed.

Please contact me at your earliest convenience.

Very truly yours,

FormerFedsGroup.Com LLC

By: on file

Bradford L. Geyer, Esq.

cc: Ventris Gibson, Director, United States Mint