# EXHIBIT R

## ETI Warehouse Invoices, Statements & Abandonment Notices (2021–2022)

**Description:**
Invoices, account statements, and warehouse notices issued by ETI relating to storage of Plaintiff's crates containing mutilated coin material.

**Purpose:**
To document the storage costs incurred and the deterioration risk faced while the redemption program remained suspended.

**Fwd: 回覆: 53 wooden crates ,mutilated coins**

**Joan Marshall** < joan.marshall@formerfedsgroup.org >

Fri, 14 Nov 2025 2:40:56 PM -0500

To  "Brad Geyer"<bradford.geyer@formerfedsgroup.com>

============ Forwarded message ============
From: Brad Geyer <bradford.geyer@geyergorey.com>

Date: Tue, 15 Mar 2022 08:41:33 -0600
Subject: Fwd: 回覆: 53 wooden crates ,mutilated coins
============ Forwarded message ============

FORMERFEDSGROUP.COM
COMPLIANCE AND BUSINESS SOLUTIONS

**Bradford L. Geyer**
2006 Berwick Drive
Cinnaminson, NJ 08077

**GeyerGorey LLP**
*Attorneys At Law*
*856-607-5708*

============ Forwarded message ============
From : matthew<matthew@gsmart.com.hk>
To : "'Kevin Yip'"<kevin.yip@etiintl.com>
Cc : "'Brad Geyer'"<bradford.geyer@geyergorey.com>
Date : Tue, 15 Mar 2022 04:14:11 -0400
Subject : 回覆: 53 wooden crates ,mutilated coins
============ Forwarded message ============

Hello Kevin,

We have today arranged the payment of USD2,120 for the repairing of the wooden cases. Please proceed to arrange the repair of the cases. Thanks.

Kind regards,
Matthew Wong
Wealthy Max Limited

**寄件者:** Kevin Yip [mailto:kevin.yip@etiintl.com]
**寄件日期:** 2022年3月8日 上午 02:22
**收件者:** 'Matthew'; 'Matthew'; 'Brad Geyer'; 'bradford.geyer'
**副本:** 'Louisa Yu'
**主旨:** RE: 53 wooden crates ,mutilated coins

Hello Matthew & Brad

This is a reminder that your coin shipment of 53 crates have to leave our warehouse on Apr 30,2022 (Friday before noon)  Since some of the crates are in very bad shape (damaged, skid bottom broken due to heavy weight & etc), it is not safe for transportation.
I already sent you the pictures of broken crates end of last year.
We have to put metal strap around the wooden crate so that it can be moved by truck/forklift
The repairing cost is $40 /crate  x 53 wooden crates = $2,120.00

We need to receive the payment $2120  by Mar 15,2022 in order to schedule packers to work on the crates.
Thanks

Kevin Yip
E.T.I. International Inc
831 Mitten Road  #204
Burlingame CA94010
Tel 650-697 8238
E-mail kevin.yip@etiintl.com

---

**From:** Kevin Yip [mailto:kevin.yip@etiintl.com]
**Sent:** Wednesday, December 1, 2021 2:17 PM
**To:** 'Matthew' <matthewkfwong@gmail.com>; 'Matthew' <matthew@gsmart.com.hk>; 'Brad Geyer' <bradford.geyer@geyergorey.com>; 'bradford.geyer' <bradford.geyer@formerfedsgroup.com>
**Cc:** 'Louisa Yu' <louisa.yu@etiintl.com>
**Subject:** RE: 53 wooden crates ,mutilated coins

Hello Matthew, Brad,
Today is Dec 1,2021.  We just close the month of Nov.  Attached is the statement of account as of Nov 30, 2021.
On Nov 22,2021 You paid ETI $30,000  partial storage fee for previous months/years. We have applied this $30,000 payment on the outstanding invoices.
Attached is the updated statement showing a balance of $135,960.00 after payment of $30,000.00
Can you please advise your payment plan on this balance amount $135,960.00  ?

On Nov 24, we received your prepayment of storage fee $30,000.00 + trucking $5505.90 for moving to new warehouse.  The pre-payment of storage fee $30,000  is for the period from Nov 1 – Apr 30,2022  (6 months)
This is a short term storage warehouse. They will not extend the storage date.  Since Apr 30,2022 is a Saturday, the  deadline for you to pick up cargo from warehouse is Apr 29 (Fri),2022.  Some of the wooden crates conditions are  very poor.  Crates are broken and we can see the coins are very easy to come out of the crates. You need to send some one to repair the crates.

Please let us know if you have any questions. Thanks


Kevin Yip
E.T.I. International Inc
831 Mitten Road  #204
Burlingame CA94010
Tel 650-697 8238
E-mail kevin.yip@etiintl.com

---

**From:** Kevin Yip [mailto:kevin.yip@etiintl.com]
**Sent:** Thursday, November 25, 2021 5:14 PM
**To:** 'Matthew' <matthewkfwong@gmail.com>; 'Matthew' <matthew@gsmart.com.hk>; 'Brad Geyer' <bradford.geyer@geyergorey.com>; 'bradford.geyer' <bradford.geyer@formerfedsgroup.com>
**Cc:** 'Louisa Yu' <louisa.yu@etiintl.com>
**Subject:** 53 wooden crates ,mutilated coins

Hi Matthew
After a few years of storage, some of your crates are not in good condition. See attached picture
If you want to send some one to repair the crates, please let us know.

The new warehouse is also a short term storage area for 6 months.  They agreed to keep your shipment 53 crates for 6 months (Nov 1,2021 -  Apr 30,2022.  After May 1, 2022 , You have to find a new warehouse.  They will not extend the storage date.
Thanks

Kevin Yip
E.T.I. International Inc
831 Mitten Road  #204
Burlingame CA94010
Tel 650-697 8238
E-mail kevin.yip@etiintl.com

---

**From:** Kevin Yip [mailto:kevin.yip@etiintl.com]
**Sent:** Wednesday, November 24, 2021 2:03 PM
**To:** 'Matthew' <matthewkfwong@gmail.com>; 'Matthew' <matthew@gsmart.com.hk>; 'Brad Geyer' <bradford.geyer@geyergorey.com>; 'bradford.geyer' <bradford.geyer@formerfedsgroup.com>
**Cc:** 'Louisa Yu' <louisa.yu@etiintl.com>
**Subject:** Final reminder to cargo owner of 53 wooden crates

Hi Mathew , Brad

This is our confirmation that we received your payment of $30,000 on Nov 22, 2021. See attached wire payment receipt from Bank of America
This payment of $30,000 will be applied to the outstanding amount you owe us.  See attached statement dated Oct 30, 2021 showing outstanding amount $165,960.00

After this payment of $30,000 , there is still outstanding amount of $135,960.00
We appreciate you settle the balance amount as soon as possible as it is more than 20 months .

We will be closed for Thanksgiving Holiday for the next 2 days.  Wish you all a great Thanksgiving Holiday!

Best Regards

Kevin Yip
E.T.I. International Inc
831 Mitten Road  #204
Burlingame CA94010
Tel 650-697 8238
E-mail kevin.yip@etiintl.com

---

**From:** Kevin Yip [mailto:kevin.yip@etiintl.com]
**Sent:** Friday, November 5, 2021 5:45 PM
**To:** 'Matthew' <matthewkfwong@gmail.com>; 'Matthew' <matthew@gsmart.com.hk>
**Cc:** 'Brad Geyer' <bradford.geyer@geyergorey.com>; 'Louisa Yu' <louisa.yu@etiintl.com>; 'E.T.I.' <eti@etiintl.com>
**Subject:** Final reminder to cargo owner of 53 wooden crates

Hello Matthew

I am sending this email to you and copy your attorney Mr Brad Geyer.  This email is about the shipment of 53 wooden crates kept in our warehouse since 2018.

ETI has been sending you monthly invoice/statement  since Mar 2020.  It has been more than 20 months. Unfortunately, We don't receive any payment/reply  from you.  Our monthly invoice for the past 20 months on the storage charges has never been paid. As of today, you owe us $165,960.00  See attached  the most  recent invoices and statement we sent  you on Nov 1, 2021

This is our final notice for you to  pay our invoice on/before Nov 14,2021.  If we don't hear from you in a week. The warehouse will treat the shipment as "abandon cargo" as owner has never responded to our repeated reminder to pay or move cargo.
Please contact us immediately if you would like to pick up the cargo at our warehouse:-

10808 6th St # 130
Rancho Cucamonga, CA 91730
U.S.A.



Kevin Yip
E.T.I. International Inc
831 Mitten Road  #204
Burlingame CA94010
Tel 650-697 8238
E-mail kevin.yip@etiintl.com

GeyerGorey.Com