# EXHIBIT S

**Warehouse Storage Charges – ETI International**

**Description:**
Summary spreadsheet of monthly warehouse storage invoices issued by E.T.I. International relating to the storage of Plaintiff's coin shipments from 2019 through 2021.

**Purpose:**
To demonstrate the ongoing storage charges incurred while the shipments remained unprocessed following the Mint's suspension of the program.

Summary of warehouse storage invoices issued by ETI International for
storage of the Plaintiff's coin shipments following the Mint's suspension of processing.

| Date | B/L no. | Invocie no. | Storage Costs ($) |
|---|---|---|---|
| 30 jun 2019 | 13093398 | 27665 | 1.800 |
| 30 jun 2019 | 13093437 | 27666 | 1.080 |
| 30 jun 2019 | 13093439 | 27667 | 1.080 |
| 30 jun 2019 | 13093455 | 27668 | 3.000 |
| 31 jul 2019 | 13093398 | 27740 | 1.800 |
| 31 jul 2019 | 13093437 | 27741 | 1.350 |
| 31 jul 2019 | 13093439 | 27742 | 1.350 |
| 31 jul 2019 | 13093455 | 27743 | 2.400 |
| 31 aug 2019 | 13093398 | 27803 | 2.250 |
| 31 aug 2019 | 13093437 | 27804 | 1.080 |
| 31 aug 2019 | 13093439 | 27805 | 1.080 |
| 31 aug 2019 | 13093455 | 27806 | 2.400 |
| 30 sep 2019 | 13093398 | 27869 | 1.800 |
| 30 sep 2019 | 13093437 | 27870 | 1.080 |
| 30 sep 2019 | 13093439 | 27871 | 1.350 |
| 30 sep 2019 | 13093455 | 27872 | 3.000 |
| Oct 31 2019 | 13093398 | 27931 | 2.250 |
| Oct 31 2019 | 13093437 | 27932 | 1.350 |
| Oct 31 2019 | 13093439 | 27933 | 1.080 |
| Oct 31 2019 | 13093455 | 27934 | 2.400 |
| 30 nov 2019 | 13093398 | 27988 | 1.800 |
| 30 nov 2019 | 13093437 | 27989 | 1.080 |
| 30 nov 2019 | 13093439 | 27990 | 1.080 |
| 30 nov 2019 | 13093455 | 27991 | 2.400 |
| 31 dec 2019 | 13093398 | 28034 | 1.800 |
| 31 dec 2019 | 13093437 | 28035 | 1.350 |
| 31 dec 2019 | 13093439 | 28036 | 1.350 |
| 31 dec 2019 | 13093455 | 28037 | 3.000 |

| | | | |
|---|---|---|---|
| 31 jan 2020 | 13093398 | 28108 | 2.250 |
| 31 jan 2020 | 13093437 | 28109 | 1.080 |
| 31 jan 2020 | 13093439 | 28110 | 1.080 |
| 31 jan 2020 | 13093455 | 28111 | 2.400 |
| 28 feb 2020 | 13093398 | 28141 | 1.800 |
| 28 feb 2020 | 13093437 | 28142 | 1.080 |
| 28 feb 2020 | 13093439 | 28143 | 1.080 |
| 28 feb 2020 | 13093455 | 28144 | 2.400 |
| Mar 31 2020 | 13093398 | 28188 | 1.800 |
| Mar 31 2020 | 13093437 | 28189 | 1.350 |
| Mar 31 2020 | 13093439 | 28190 | 1.350 |
| Mar 31 2020 | 13093455 | 28191 | 3.000 |
| 30 apr 2020 | 13093398 | 28243 | 2.400 |
| 30 apr 2020 | 13093437 | 28244 | 1.080 |
| 30 apr 2020 | 13093439 | 28245 | 1.080 |
| 30 apr 2020 | 13093455 | 28246 | 2.250 |
| May 31 2020 | 13093398 | 28307 | 1.800 |
| May 31 2020 | 13093437 | 28308 | 1.080 |
| May 31 2020 | 13093439 | 28309 | 1.080 |
| May 31 2020 | 13093455 | 28310 | 3.000 |
| 30 jun 2020 | 13093398 | 28378 | 1.800 |
| 30 jun 2020 | 13093437 | 28379 | 1.350 |
| 30 jun 2020 | 13093439 | 28380 | 1.350 |
| 30 jun 2020 | 13093455 | 28381 | 2.400 |
| 31 jul 2020 | 13093398 | 28444 | 2.250 |
| 31 jul 2020 | 13093437 | 28445 | 1.080 |
| 31 jul 2020 | 13093439 | 28446 | 1.080 |
| 31 jul 2020 | 13093455 | 28447 | 2.400 |
| 31 aug 2020 | 13093398 | 28496 | 1.800 |
| 31 aug 2020 | 13093437 | 28497 | 1.080 |
| 31 aug 2020 | 13093439 | 28498 | 1.350 |

| | | | |
|---|---|---|---|
| 31 aug 2020 | 13093455 | 28499 | 3.000 |
| 30 sep 2020 | 13093398 | 28545 | 1.800 |
| 30 sep 2020 | 13093437 | 28546 | 1.350 |
| 30 sep 2020 | 13093439 | 28547 | 1.080 |
| 30 sep 2020 | 13093455 | 28548 | 2.400 |
| Oct 31 2020 | 13093398 | 28599 | 2.250 |
| Oct 31 2020 | 13093437 | 28600 | 1.080 |
| Oct 31 2020 | 13093439 | 28601 | 1.080 |
| Oct 31 2020 | 13093455 | 28602 | 2.400 |
| 30 nov 2020 | 13093398 | 28642 | 1.800 |
| 30 nov 2020 | 13093437 | 28643 | 1.080 |
| 30 nov 2020 | 13093439 | 28644 | 1.350 |
| 30 nov 2020 | 13093455 | 28645 | 3.000 |
| 31 dec 2020 | 13093398 | 28730 | 2.250 |
| 31 dec 2020 | 13093437 | 28731 | 1.350 |
| 31 dec 2020 | 13093439 | 28732 | 1.080 |
| 31 dec 2020 | 13093455 | 28733 | 2.400 |
| 31 jan 2021 | 13093398 | 28770 | 1.800 |
| 31 jan 2021 | 13093437 | 28771 | 1.080 |
| 31 jan 2021 | 13093439 | 28772 | 1.080 |
| 31 jan 2021 | 13093455 | 28773 | 3.000 |
| 28 feb 2021 | 13093398 | 28861 | 1.800 |
| 28 feb 2021 | 13093437 | 28862 | 1.080 |
| 28 feb 2021 | 13093439 | 28863 | 1.080 |
| 28 feb 2021 | 13093455 | 28864 | 2.400 |
| Mar 31 2021 | 13093398 | 28970 | 1.800 |
| Mar 31 2021 | 13093437 | 28971 | 1.350 |
| Mar 31 2021 | 13093439 | 28972 | 1.350 |
| Mar 31 2021 | 13093455 | 28973 | 2.400 |
| 30 apr 2021 | 13093398 | 29044 | 2.250 |
| 30 apr 2021 | 13093437 | 29045 | 1.080 |

| | | | |
|---|---|---|---|
| 30 apr 2021 | 13093439 | 29046 | 1.080 |
| 30 apr 2021 | 13093455 | 29047 | 2.400 |
| May 31 2021 | 13093398 | 29221 | 1.080 |
| May 31 2021 | 13093437 | 29222 | 1.350 |
| May 31 2021 | 13093439 | 29223 | 3.000 |
| May 31 2021 | 13093455 | 29224 | 1.800 |
| 30 jun 2021 | 13093398 | 29418 | 1.800 |
| 30 jun 2021 | 13093437 | 29420 | 1.350 |
| 30 jun 2021 | 13093439 | 29421 | 1.080 |
| 30 jun 2021 | 13093455 | 29422 | 2.400 |
| 31 jul 2021 | 13093398 | 29563 | 2.250 |
| 31 jul 2021 | 13093437 | 29564 | 1.080 |
| 31 jul 2021 | 13093439 | 29565 | 1.080 |
| 31 jul 2021 | 13093455 | 29566 | 2.400 |
| 31 aug 2021 | 13093398 | 29783 | 1.800 |
| 31 aug 2021 | 13093437 | 29784 | 1.350 |
| 31 aug 2021 | 13093439 | 29785 | 1.350 |
| 31 aug 2021 | 13093455 | 29786 | 3.000 |
| 31 aug 2021 | 13093398 | 31078 | 5.300 |
| 30 sep 2021 | 13093398 | 22951 | 2.250 |
| 30 sep 2021 | 13093437 | 22952 | 1.080 |
| 30 sep 2021 | 13093439 | 22953 | 1.080 |
| 30 sep 2021 | 13093455 | 22954 | 2.400 |
| Oct 31 2021 | 13093397 | 30116 | 1.800 |
| Oct 31 2021 | 13093436 | 30117 | 1.080 |
| Oct 31 2021 | 13093439 | 30118 | 1.080 |
| Oct 31 2021 | 13093455 | 30119 | 3.000 |
| Oct 31 2021 | 13093437 | 31159 | 5.300 |
| 30 nov 2021 | 13093439 | 31235 | 5.300 |

**Total Storage Charges**               **216.840**