# EXHIBIT V

## Joint Motion for Enlargement of Time Filed in the 2016 Forfeiture Proceedings

**Description:**
Joint motion filed by the parties in the civil forfeiture proceedings relating to the seized coin shipments requesting additional time from the Court while discussions concerning the disposition of the shipments were ongoing.

**Purpose:**
To demonstrate that the parties sought additional time during the forfeiture proceedings while discussions regarding the handling and potential disposition of the shipments were ongoing, reflecting the procedural context surrounding the forfeiture action.

## IN THE UNITED STATES DISTRICT COURT
## THE EASTERN DISTRICT OF PENNSYLVANIA

WEALTHY MAX LIMITED,          :

          :

        Plaintiff,        :

          :

      v.          :      Civil Action No. 15-cv-5875

          :

UNITED STATES DEPARTMENT OF      :

THE TREASURY, *et al.*,        :

          :

        Defendants.    :

          :

## JOINT STIPULATION FOR ENLARGEMENT OF TIME

WHEREAS, the parties are currently exploring settlement, potentially facilitated through mediation, prior to the defendants responding to the Complaint;

WHEREAS, to that that end, counsel for the parties are meeting on March 3, 2016;

WHEREAS, to facilitate those discussions, the parties submit this joint stipulation for enlargement of time for defendants to respond to the Complaint.

Accordingly, plaintiff Wealthy Max Limited, and Defendants United States Department of the Treasury, United States Bureau of the Mint, United States Bureau of Customs and Border Protection Service, Jack J. Lew, Secretary of the United States Department of the Treasury, Rhett Jeppson, Deputy Director of the United States Mint, R. Gil Kerlikowske, Commissioner of United States Customs and Border Protection, and the United States of America (collectively, the "United States"), through their undersigned attorneys, hereby stipulate that the deadline for the

United States to respond to plaintiff's Complaint will be extended by 45 days, until and including April 14, 2016.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

/s/ Robert E. Connelly
ROBERT E. CONNOLLY
GEYERGOREY LLP
1805 Walnut Street, Suite 6C
Philadelphia, PA  19103
*Attorneys for Plaintiff*


JACQUELINE C. ROMERO
GREGORY B. DAVID
Assistant United States Attorneys
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
*Attorneys for Defendants*

Dated:  February 29, 2016


SO ORDERED this      day of            , 2016.

_____
                                                    J.