**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WEALTHY MAX LIMITED,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED STATES MINT, et al.,** | : | |
| **Defendants.** | : | **NO.  26-cv-2092** |

**ORDER**

   **AND NOW**, this 1st day of April 2026, it appearing to the court that Plaintiff has not filed the disclosure statement required by Federal Rule of Civil Procedure 7.1 at the time of filing its first appearance,[1] Plaintiff is hereby **ORDERED** to file its disclosure statement (form attached)[2],[3] **by 12:00 p.m. on or before April 8, 2026**.

   This Order also serves as a reminder to Plaintiff of their continuing obligation pursuant to Federal Rule of Civil Procedure 7.1(b)(2) to "promptly file a supplemental statement" of any changes to the information required by Federal Rule of Civil Procedure 7.1(a).

           **BY THE COURT:**

           **/s/ Chad F. Kenney**

           _____

           **CHAD F. KENNEY, JUDGE**

---

[1] Federal Rule of Civil Procedure 7.1(b)(1) requires the disclosure statement to be filed with the party's first appearance, pleading, petition, motion, response, or other request addressed to the court.

[2] A Disclosure Statement Form is available on the Court website and should be filed electronically using the Other Filings/Discovery Documents category.

[3] **If any party is an LLC, make sure to identify the names, citizenship and principal place of business of each member of the LLC.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

V.                              :                    Civil Action
                                :                    No: _____
                                :
                                :

DISCLOSURE STATEMENT FORM

Please check one box:

☐          The nongovernmental corporate party, _____
           , in the above listed civil action does not have any parent corporation
           and publicly held corporation that owns 10% or more of its stock.

☐          The nongovernmental corporate party, _____
           , in the above listed civil action has the following parent corporation(s)
           and publicly held corporation(s) that owns 10% or more of its stock:

           _____
           _____
           _____
           _____

_____                _____
          Date                                                      Signature

                           Counsel for: _____

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

    (a)     WHO MUST FILE; CONTENTS.  A nongovernmental corporate party
          must file two copies of a disclosure statement that:
          (1)    identifies any parent corporation and any publicly held
               corporation owning10% or more of its stock;  or
          (2)    states that there is no such corporation.

    (b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
          (1)    file the disclosure statement with its first appearance,
               pleading, petition, motion, response, or other request
               addressed to the court; and
          (2)    promptly file a supplemental statement if any required
               information changes.